United States Bankruptcy Court for the:

### District of South Carolina

Case number *(If known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Crate Holdings LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Crate Holdings Ammo
The Ammo Crate

**3. Debtor's federal Employer Identification Number (EIN)**

86-2187243

**4. Debtor's address**

Principal place of business

481 Highway 9 E #B
Number     Street

Longs           SC     29568
City            State   ZIP Code

Horry County
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City            State   ZIP Code

Location of principal assets, if different from principal place of business

Number     Street

City            State   ZIP Code

**5. Debtor's website (URL)**

crateholdingsammo.com

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Crate Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

459110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  - MM / DD / YYYY
- District _____ When _____ Case number _____
  - MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
- District _____ When _____
  - MM / DD / YYYY
- Case number, if known _____

| Debtor | Crate Holdings LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number        Street

_____

_____
City                                          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Crate Holdings LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☑ $500,001–$1 million

- ☐ $1,000,001–$10 million
- ☐ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million

- ☐ $500,000,001–$1 billion
- ☐ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/29/2024
             MM  / DD / YYYY

✖ /s/ Michael A. Corcoran                     Michael A. Corcoran
Signature of authorized representative of debtor      Printed name

Title  Owner

**18. Signature of attorney**

✖ /s/ Christine E. Brimm                     Date  01/29/2024
Signature of attorney for debtor                    MM  / DD / YYYY

Christine E. Brimm
Printed name

Barton Brimm, PA
Firm name

1500 Highway 17 Business North Suite 214
Number        Street

Surfside Beach                     SC       29575
City                               State    ZIP Code

8032566582                         cbrimm@bartonbrimm.com
Contact phone                      Email address

SC 6569 / FED 6313                 SC
Bar number                         State

---

# RESOLUTION OF MEMBERS

## OF

## CRATE HOLDINGS LLC

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael A. Corcoran, 100% Member/Owner of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Michael A. Corcoran, 100% Member/Owner of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that Michael A. Corcoran, 100% Member/Owner of this limited liability company, is authorized and directed to employ Christine E. Brimm, attorney and the law firm of Barton Brimm, PA to represent the company in such bankruptcy case.

Date: 1/29/2024

Signed: _____
Michael A. Corcoran

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:

**Crate Holdings LLC,**                              Case # 24-

                    **Debtor.**                      **Chapter 11**

**DECLARATION OF MICHAEL A. CORCORAN**

I, Michael A. Corcoran, declare under penalty of perjury as follows:

        I declare under penalty of perjury that no Balance Sheet or Profit & Loss Statement have
been prepared for Crate Holdings LLC, other than what is included in Schedule C to my personal
2021 tax returns, which is being filed with the Petition.

                    CRATE HOLDINGS LLC

                    By: _____
                    Michael A. Corcoran, Manager

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                          )
                                                )
Crate Holdings LLC,                             )        Case # 24-_____
                                                )
_____ Debtor.    )        Chapter 11

### CORPORATE OWNERSHIP STATEMENT

      Pursuant to Fed. R. Bankr. P. 7007.1, Crate Holdings LLC discloses that the following

corporation owns 100% or more of any class of the corporation's equity interests:

      None

Dated: 1/28/2024

                                      CRATE HOLDINGS LLC

                                       By:_____
                                       Michael A. Corcoran

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **09**

Name of proprietor: MICHAEL A CORCORAN

Social security number (SSN): (redacted)

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | SALES | ► 454110 |

C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |

E | Business address (including suite or room no.) ► 504 COVEWOOD CT
City, town or post office, state, and ZIP code: LONGS    SC    29568

| F | Accounting method: | (1) [X] Cash | (2) [ ] Accrual | (3) [ ] Other (specify) ► | | |
|---|---|---|---|---|---|---|
| G | Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses. | | | | [X] Yes | [ ] No |
| H | If you started or acquired this business during 2021, check here . . . . . . . . . . . . . . ► | | | | | |
| I | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . | | | | [X] Yes | [ ] No |
| J | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . | | | | [X] Yes | [ ] No |

### Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . ► [ ] | 1 | 1,263,394 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 1,263,394 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . | 4 | 937,044 |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . | 5 | 326,350 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ► | 7 | 326,350 |

### Part II    Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . | 9 | 2,017 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees . . | 10 | 37,812 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 79,915 | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . . | 12 | | b | Other business property . . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . | 13 | | 21 | Repairs and maintenance . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 2,501 |
| | | | | 23 | Taxes and licenses . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19). . . | 14 | | a | Travel . . . . . . . . | 24a | 797 |
| 15 | Insurance (other than health) . | 15 | | b | Deductible meals (see instructions) . . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . . | 26 | |
| b | Other . . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 11,247 |
| 17 | Legal and professional services . | 17 | 493 | b | Reserved for future use . . . | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . . ► | | | | | 28 | 134,782 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | | | | | 29 | 191,568 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
Simplified method filers only: Enter the total square footage of (a) your home: _____
and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. . . . . . . . . . . | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.
• If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32. | | | | | 31 | 191,568 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.

HTA

Schedule C (Form 1040) 2021

Schedule C (Form 1040) 2021          MICHAEL A CORCORAN                                    Page **2**

**Part III**    **Cost of Goods Sold** (see instructions)

33  Method(s) used to
    value closing inventory:    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . **35** | 15,000 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . **36** | 956,542 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . **38** | 2,502 |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . **40** | 974,044 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . **41** | 37,000 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 . . . **42** | 937,044 |

**Part IV**    Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on
line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find
out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month/day/year)    ▶    1/1/2021

44  Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

  a  Business _____3,601__  b Commuting (see instructions) _____  c Other _____10,636__

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☒ Yes    ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☒ Yes    ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . ☒ Yes    ☐ No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes    ☐ No

**Part V**    **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---:|
| EDUCATION EXPENSES | 6,638 |
| BANK CHARGES | 4,609 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . **48** | 11,247 |

Schedule C (Form 1040) 2021

**SCHEDULE SE**
(Form 1040)

# Self-Employment Tax

OMB No. 1545-0074

**2021**

Department of the Treasury
Internal Revenue Service. (99)

► Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, or 1040-NR.

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)

MICHAEL A CORCORAN

Social security number of person
with self-employment income ►

**Part I**   Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had
$400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . . . ► ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 191,568 |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 191,568 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . . . | **4a** | 176,913 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . | **4b** | 0 |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . ► | **4c** | 176,913 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . . . . . . . . [ 5a ] | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . . | **5b** | 0 |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 176,913 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2021 . . . . . . . . . . . | **7** | 142,800 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $142,800 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . . . [ 8a ] | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . . . [ 8b ] | | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . [ 8c ] | | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . . . . . . . | **8d** | 0 |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . . ► | **9** | 142,800 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . . . . | **10** | 17,707 |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . . . . . | **11** | 5,130 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4** . . . | **12** | 22,837 |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** . . . . . . . . . . . . . . . . . . . . . . . . [ 13 ] 11,419 | | |

**Part II**   Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $8,820, **or (b)** your net farm profits[2] were less than $6,367.

| | | | |
|---|---|---|---|
| **14** | Maximum income for optional methods . . . . . . . . . . . . . . . . . . . . . | **14** | 5,880 |
| **15** | Enter the **smaller** of: two-thirds (²/₃) of gross farm income[1] (not less than zero) **or** $5,880. Also include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $6,367 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 0 |
| **17** | Enter the **smaller** of: two-thirds (²/₃) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**For Paperwork Reduction Act Notice, see your tax return instructions.**
HTA

Schedule SE (Form 1040) 2021

| Form **8995** | **Qualified Business Income Deduction Simplified Computation** | OMB No. 1545-2294 **2021** |
|---|---|---|

▶ **Attach to your tax return.**

Department of the Treasury
Internal Revenue Service

▶ **Go to www.irs.gov/Form8995 for instructions and the latest information.**

Attachment
Sequence No. **55**

Name(s) shown on return: MICHAEL A CORCORAN

Your taxpayer identification number

**Note.** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | Sch C: 01 | | 180,149 |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** | 180,149 | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( 0 ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 180,149 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** | 36,030 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | 0 | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** | ( 0 ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | 0 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** | 0 |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** | 36,030 |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 164,599 | |
| 12 | Net capital gain (see instructions) | **12** | 0 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 164,599 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** | 32,920 |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) ▶ | | | **15** | 32,920 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** | ( 0 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | **17** | ( 0 ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8995** (2021)

HTA

## Monthly Financial Projections for Crate Holdings LLC
### Periods: February 2024 to July 2024

|  |  | February | March | April | May | June | July |
|---|---|---|---|---|---|---|---|
| **Projected Sales** |  | 157500 | 157500 | 157500 | 157500 | 157500 | 157500 |
| *COGS* |  |  |  |  |  |  |  |
| Inventory Purchases |  | 121023 | 121023 | 121023 | 121023 | 121023 | 121023 |
| **Gross Profit** |  | 36477 | 36477 | 36477 | 36477 | 36477 | 36477 |
| *Operating Expenses* |  |  |  |  |  |  |  |
| 2022 Sales $1,379,519.00 | Labor | 2600 | 2600 | 2600 | 2600 | 2600 | 2600 |
| 2023 Sales $2,405,063.00 | Payroll Taxes | 398 | 398 | 398 | 398 | 398 | 398 |
|  | Rent | 800 | 800 | 800 | 800 | 800 | 800 |
|  | Trustee Fees | 500 | 500 | 500 | 500 | 500 | 500 |
|  | Legal Fees | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 |
|  | Office Expenses | 90 | 90 | 90 | 90 | 90 | 90 |
|  | PMT to Mid Atlantic Ammo | 12000 | 12000 | 12000 | 12000 | 12000 | 12000 |
|  | Reserve, Growth, & Inventory | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 |
|  | Adequate Protection | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 |
|  | Insurance | 603 | 603 | 603 | 603 | 603 | 603 |
|  | Advertising | 1520 | 1520 | 1520 | 1520 | 1520 | 1520 |
|  | Monthly Owners Draw | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 |
|  | **Total Expenses** | 36011 | 36011 | 36011 | 36011 | 36011 | 36011 |
|  | **Net Business Income** | 466 | 466 | 466 | 466 | 466 | 466 |

**Fill in this information to identify the case:**

Debtor name ___Crate Holdings LLC___

United States Bankruptcy Court for the: ___District of South Carolina___
                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ................................................................

       $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ...............................................................

       $ _____ 343,141.94

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ................................................................

       $ _____ 343,141.94

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............

   $ _____ 185,700.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................

       $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..........................

       **+** $ _____ 363,309.27

4. **Total liabilities** ...........................................................................
   Lines 2 + 3a + 3b

   $ _____ 549,009.27

**Fill in this information to identify the case:**

Debtor name ___Crate Holdings LLC___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Graf and Sons, Inc. 4050 S Clark Street Mexico, MO, 65265 | | | | | | 65,000.00 |
| 2 Chattanoga Shooting Supplies 2600 Walker Road Chattanooga, TN, 37421 | | | | | | 59,000.00 |
| 3 Mid Atlantic Ammo 3298 Heavenly Cause Court Mount Airy, MD, 21771 | | | | | | 57,000.00 |
| 4 American Express P.O. Box 981535 El Paso, TX, 79998 | | Credit Card Debt | | | | 35,974.00 |
| 5 Norma Precision 137 Prosperity Drive Suite 100 Garden City, GA, 31408 | | | | | | 30,000.00 |
| 6 Iron Valley Supply 101 London Parkway Birmingham, AL, 35211 | | | | | | 21,000.00 |
| 7 Big Rock Sports 148 Sportsman Drive Hamlet, NC, 28345 | | | | | | 20,000.00 |
| 8 UPS 55 Glenlake Parkway NE Atlanta, GA, 30328 | | | | | | 19,974.00 |

Debtor    Crate Holdings LLC
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Nosler , Inc. 107 SW Columbia Street Bend, OR, 97702 | | | | | | 17,000.00 |
| 10  Hyperion Munitions 8601 Somerset Drive Largo, FL, 33773 | | | | | | 11,000.00 |
| 11  RSR Group, Inc. 4700 Amon Carter Blvd. Forth Worth, TX, 76155-2207 | | | | | | 10,500.00 |
| 12  PNC Bank 10267 Beach Drive SW Calabash, NC, 28467 | | negative balance in accounts prior to closing | Disputed | | | 6,087.27 |
| 13  Tactical Gear Distributors 9750 Aberdeen Road Aberdeen, NC, 28315 | | | | | | 6,000.00 |
| 14  Top Choice Financial, LLC 99 Wall Street New York, NY, 10005 | | | | | | 4,774.00 |
| 15  United First LLC/GFE Funding 2999 NE 191st Street Unit 901 Miami, FL, 33180 | | | | | | 0.00 |
| 16  Mini Mall US Storage Properties Master LP, by its GP, Mini Mall Storage Properties US GP Ltd 250-1201 Glenmore Trail SW Calgary, Alberta,  AB T2V 4Y8 | | Rejection of Lease; offset by deposit | Disputed Unliquidated Contingent | | | 0.00 |
| 17  SC Department of Revenue P.O. Box 12265 Columbia, SC, 29211-9079 | | Taxes & Other Government Units | | | | 0.00 |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____Crate Holdings LLC_____

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 1,500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Anderson Brothers Bank | Checking | 4  5  0  9 | $ 637.34 |
| 3.2. | Square Checking | Checking | 5  2  4  3 | $ 864.60 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 3,001.94

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Mini Mall Storage Properties US -  Security Deposit | $ 1,875.00 |
| 7.2. | Bungalow Commons, LLC - security deposit | $ 800.00 |

Debtor    Crate Holdings LLC

Name    Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 2,675.00 _____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  |  | Current value of debtor's interest |
    |---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ....➔    $_____
    
    face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ....➔    $_____
    
    face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor _____    Case number (if known)_____
Name    Crate Holdings LLC

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** Finished Goods _____ | 01/18/2024 MM / DD / YYYY | 239,771.00 $_____ | Retail | 335,000.00 $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 335,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor _____ Crate Holdings LLC _____    Case number (if known)_____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Chairs and Desk | $_____ | _____ | $200.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $0.00 | _____ | $2,200.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$2,400.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Crate Holdings LLC
          _____          _____
          Name                                                      Case number (if known)

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                   $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____
Name    Crate Holdings LLC

_____ Case number (if known)_____

---

| **Part 9:** | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1  491B Highway 9 East, Longs, SC  29568 | Leased | $_____ | _____ | Unknown<br>$_____ |
| 55.2  Mini Mall Storage | Leased | $_____ | _____ | 0.00<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | 0.00<br>$_____ |
   | --- |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website | $_____ | _____ | 15.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Logo | $_____ | _____ | 50.00<br>$_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | 65.00<br>$_____ |
   | --- |

Debtor    Crate Holdings LLC
_____    Case number (if known)_____
Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜ $_____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor        Crate Holdings LLC
              Name                                              Case number (if known)

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3,001.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,675.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 335,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 65.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 343,141.94 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...................................................  343,141.94        $ 343,141.94

| Debtor 1 | Crate Holdings LLC | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Computers, monitors, printers, papers | | | 1,200.00 |
| Ring Security System | | | 1,000.00 |

**Fill in this information to identify the case:**

Debtor name _____ Crate Holdings LLC _____

United States Bankruptcy Court for the: __District of South Carolina__

Case number (If known): _____

☐ Check if this is an
amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1**

**Creditor's name**
CFG Merchant Solutions, LLC

**Describe debtor's property that is subject to a lien**
future receipts

$ 71,500.00          $ 0.00

**Creditor's mailing address**
180 Maiden Lane,  Suite 1502
New York, NY 10038

**Describe the lien**
UCC Filed 9/20/23

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
E-Advance Services, LLC

**Describe debtor's property that is subject to a lien**
Finished Goods

$30,000.00          $335,000.00

**Creditor's mailing address**
80 State Street
Albany, NY 12207-2543

**Describe the lien**
UCC Filed 9/22/23

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

E-Advance Services, LLC, 1st;
LEE Advance LLC, 1st; Onramp

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 185,700.00

Debtor    Crate Holdings LLC
_____    _____
Name                                                        Case number (if known)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | Creditor's name
LEE Advance LLC

**Describe debtor's property that is subject to a lien**

Finished Goods

$ 20,000.00    $ 335,000.00

Creditor's mailing address

325 Division Avenue
Suite 201, Brooklyn, NY 11211

Creditor's email address, if known

_____

Describe the lien

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines  2.2

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.4** | Creditor's name
Onramp Funds, Inc.

**Describe debtor's property that is subject to a lien**

Finished Goods

$ 16,000.00    $ 335,000.00

Creditor's mailing address

1705 S. Capital of Texas Highway
#500, Austin, NY 78746

Creditor's email address, if known

_____

Describe the lien

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines  2.2

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor    Crate Holdings LLC
_____
Name    Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
Quickbridge Funding LLC
_____

**Creditor's mailing address**

410 Exchange
_____
Irvine, CA 92602
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

Finished Goods

$48,200.00    $335,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.___** Creditor's name
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Crate Holdings LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Crate Holdings LLC_____

United States Bankruptcy Court for the: ___District of South Carolina___

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>SC Department of Revenue<br>P.O. Box 12265<br>Columbia, SC, 29211-9079 | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,432.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

| Debtor | Crate Holdings LLC | | Case number *(if known)* | |
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
American Express
P.O. Box 981535
El Paso, TX, 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Credit Card Debt

$ 35,974.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Big Rock Sports
148 Sportsman Drive
Hamlet, NC, 28345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:

$ 20,000.00

Date or dates debt was incurred _____
Last 4 digits of account number  2965

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Chattanoga Shooting Supplies
2600 Walker Road
Chattanooga, TN, 37421

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:

$ 59,000.00

Date or dates debt was incurred _____
Last 4 digits of account number  0002

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Graf and Sons, Inc.
4050 S Clark Street

Mexico, MO, 65265

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:

$ 65,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Hyperion Munitions
8601 Somerset Drive

Largo, FL, 33773

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:

$ 11,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Iron Valley Supply
101 London Parkway
Birmingham, AL, 35211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:

$ 21,000.00

Date or dates debt was incurred _____
Last 4 digits of account number  0745

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Grafe Holdings LLC_____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7 Nonpriority creditor's name and mailing address**

Mid  Atlantic Ammo
3298 Heavenly Cause Court
Mount Airy, MD, 21771

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 57,000.00

---

**3.8 Nonpriority creditor's name and mailing address**

Mini Mall US Storage Properties Master
LP, by its GP, Mini Mall Storage Properties US
GP Ltd
250-1201 Glenmore Trail SW
Calgary, Alberta,  AB T2V 4Y8

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Rejection of Lease; offset by deposit

**Is the claim subject to offset?**
☐ No
☒ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.9 Nonpriority creditor's name and mailing address**

Norma Precision
137 Prosperity Drive
Suite 100
Garden City, GA, 31408

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,000.00

---

**3.10 Nonpriority creditor's name and mailing address**

Nosler , Inc.
107 SW Columbia Street
Bend, OR, 97702

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___1339_____

$ 17,000.00

---

**3.11 Nonpriority creditor's name and mailing address**

PNC Bank
10267 Beach Drive SW
Calabash, NC, 28467

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** negative balance in accounts prior to closing

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___2006_____

$ 6,087.27

---

| Debtor | Grate Holdings LLC | Case number (if known) |
|--------|--------------------|------------------------|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

RSR Group, Inc.
4700 Amon Carter Blvd.
Forth Worth, TX, 76155-2207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4020

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13  Nonpriority creditor's name and mailing address**

Tactical Gear Distributors
9750 Aberdeen Road
Aberdeen, NC, 28315

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14  Nonpriority creditor's name and mailing address**

Top Choice Financial, LLC
99 Wall Street
New York, NY, 10005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,774.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15  Nonpriority creditor's name and mailing address**

United First LLC/GFE Funding
2999 NE 191st Street
Unit 901
Miami, FL, 33180

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16  Nonpriority creditor's name and mailing address**

UPS
55 Glenlake Parkway NE

Atlanta, GA, 30328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 19,974.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** Y09F

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Crate Holdings LLC

Name

Case number (if known)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Atlus Receivables Management<br>2121 Airline Drive, Suite 520<br>Metairie, LA, 70001 | Line 3.10<br>☐ Not listed. Explain: | _____ |
| 4.2. | Towner and Kohler Law Firm<br>333 N. Wilmot Road, Suite 340<br>Tucson, AZ, 85711 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor ___Ceed Holdings LLC___
        Name

Case number (*if known*) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 363,309.27 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 363,309.27 |

**Fill in this information to identify the case:**

Debtor name ___Crate Holdings LLC___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Warehouse<br>Lessee | Mini Mall Storage Properties US<br>250-1201 Glenmore Trail SW<br>Calgary, Alberta, T2V 4Y8 |
| | State the term remaining | 05/31/2024 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Retail Store<br>Lessee | Bungalow Commons LLC<br>138 Cox Lane<br>Longs, SC, 29568 |
| | State the term remaining | 07/31/2024 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Crate Holdings LLC___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Michael A. Corcoran | 208 Seasons Trace Loop Longs, SC 29568 | CFG Merchant Solutions, | ☑ D ☐ E/F ☐ G |
| 2.2 Michael A. Corcoran | 208 Seasons Trace Loop Longs, SC 29568 | Quickbridge Funding LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Michael A. Corcoran | 208 Seasons Trace Loop Longs, SC 29568 | E-Advance Services, LLC | ☑ D ☐ E/F ☐ G |
| 2.4 Michael A. Corcoran | 208 Seasons Trace Loop Longs, SC 29568 | Onramp Funds, Inc. | ☑ D ☐ E/F ☐ G |
| 2.5 Michael A. Corcoran | 208 Seasons Trace Loop Longs, SC 29568 | Chattanoga Shooting Sup | ☐ D ☑ E/F ☐ G |
| 2.6 Michael A. Corcoran | 208 Seasons Trace Loop Longs, SC 29568 | Top Choice Financial, LLC | ☐ D ☑ E/F ☐ G |

Debtor    Crate Holdings LLC
_____    Case number (if known)_____
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ Michael A. Corcoran | 208 Seasons Trace Loop Longs, SC 29568 | LEE Advance LLC | ☑ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name ___Crate Holdings LLC___

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/29/2024___                        ✖ /s/ Michael A. Corcoran
                MM / DD / YYYY                        _____
                                                     Signature of individual signing on behalf of debtor

                                                     Michael A. Corcoran
                                                     _____
                                                     Printed name

                                                     Owner
                                                     _____
                                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _Crate Holdings LLC_

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 33,954.00 |
| **For prior year:** | From 01/01/2023 | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,405,063.00 |
| **For the year before that:** | From 01/01/2022 | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,379,519.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor     Crate Holdings LLC
_____     Case number (if known) _____
           Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | E-Advance Services, LLC<br>Creditor's name<br>80 State Street<br>Albany, NY 12207-2543 | 10/24/2023 thru<br>10/27/2023<br>10/30/2023 thru<br>11/3/2023<br>11/6/2023 thru<br>11/10/2023<br>11/13/2023 thru<br>11/17/2023<br>11/20/2023 thru<br>11/24/2023 | $ 24,375.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | CFG Merchant Solutions, LLC<br>Creditor's name<br>180 Maiden Lane, Suite 1502<br>New York, NY 10038 | 11/1/2023<br>11/8/2023<br>11/15/2023<br>11/22/2023<br>10/25/2023 | $ 41,970.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Michael A. Corcoran<br>Insider's name<br>208 Seasons Trace Loop<br>Longs, SC 29568 | _____<br>_____<br>_____ | $ Unknown | will amend to supplement; some personal expenses paid by business and treated as owner compensation. |
| | **Relationship to debtor**<br>owner/member | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 2

| Debtor | Crate Holdings LLC | Case number (if known) |
|--------|---------------------|-------------------------|
|        | Name                |                         |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | | |

| Debtor | Crate Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

**Part 4:  Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

| Debtor | Crate Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Barton Brimm, PA | $10,000.00 was paid for pre-petition fees and expenses, including the filing fee, and there remains a pre-petition balance of $1,293.00. | 01/17/2024 | $ 10,000.00 |
| | **Address** | | | |
| | P.O. Box 14805 Myrtle Beach, SC 29587 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor    Crate Holdings LLC
_____      Case number (if known)_____
          Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 504 Covewood Court<br>Longs, SC 29568 | From | 08/01/2021 | To  09/17/2022 |
| 14.2. | 37544 Janice Circle<br>Selbyville, DE 19975 | From | 11/11/2020 | To  07/31/2021 |

| Debtor | Crate Holdings LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. State issued ID's in IL; NJ, CT, and MA _____

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor      Crate Holdings LLC
_____    Case number (if known)_____
            Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank (-$1,906.25)<br>Name<br>10267 Beach Drive SW<br>Calabash, NC 28467 | XXXX– 6493 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 01/02/2024 | $ 0.00 |
| 18.2. | PNC Bank (-$4,181.02)<br>Name<br>10267 Beach Drive SW<br>Calabash, NC 28467 | XXXX– 2006 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 01/02/2024 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

| Debtor | Crate Holdings LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Debtor | Crate Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

| Debtor | Crate Holdings LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | | From _____ |
| | Name | To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Michael A. Corcoran | |
| | Name | |
| | 208 Seasons Trace Loop, Longs, SC  29568 | |

Debtor    Crate Holdings LLC
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
Name

| Name and address |
|---|

26d.2.    _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

Debtor    Crate Holdings LLC
_____
Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael A. Corcoran | 208 Seasons Trace Loop, Longs, SC 29568 | Managing Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Michael A. Corcoran<br>Name<br>208 Seasons Trace Loop<br>Longs, SC 29568 | 0.00 | | TBD; owner compensation; will be amended to supplement. |
| Relationship to debtor<br>_____ | | | |

Debtor    Crate Holdings LLC
_____    Case number *(if known)*_____
Name

| | | |
|---|---|---|
| | **Name and address of recipient** | _____ _____ |
| 30.2 | _____ | _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| | **Relationship to debtor** | _____ |
| | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/29/2024
    MM  / DD  / YYYY

✖ /s/ Michael A. Corcoran    Printed name  Michael A. Corcoran
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name ___Crate Holdings LLC_____      Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Onramp Funds, Inc., 1705 S. Capital of Texas Highway #500, Austin, NY 78746 | $26,767.88 | Secured debt |
| Chattanoga Shooting Supplies, 2600 Walker Road, Chattanooga, TN 37421 | $8,225.07 | |
| Big Rock Sports, 148 Sportsman Drive, Hamlet, NC 28345 | $11,327.21 | |
| Mid  Atlantic Ammo, 3298 Heavenly Cause Court, Mount Airy, MD 21771 | $30,000.00 | |
| Quickbridge Funding LLC, 410 Exchange, Irvine, CA 92602 | $38,911.74 | Secured debt |
| Top Choice Financial, LLC, 99 Wall Street, New York, NY 10005 | $9,368.76 | |
| LEE Advance LLC, 325 Division Avenue Suite 201, Brooklyn, NY 11211 | $28,138.00 | Secured debt |
| UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328 | $14,111.34 | |
| United First LLC/GFE Funding, 2999 NE 191st Street Unit 901, Miami, FL 33180 | $18,406.73 | |

**14) Previous Locations**

| | | |
|---|---|---|
| 1140 SC9 W, Longs, SC 29568 | 9/17/2022 | 5/9/2023 |
| 1531 Absco Drive #U-2, Longs, SC 29568 | 5/10/2023 | 01/25/2023 |

United States Bankruptcy Court

District of South Carolina

In re:  Crate Holdings LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____01/29/2024_____

/s/ Michael A. Corcoran
_____
Signature of Individual signing on behalf of debtor

Owner
_____
Position or relationship to debtor

American Express
P.O. Box 981535
El Paso, TX 79998

Atlus Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70001

Big Rock Sports
148 Sportsman Drive
Hamlet, NC 28345

Bungalow Commons LLC
138 Cox Lane
Longs, SC 29568

CFG Merchant Solutions, LLC
180 Maiden Lane,  Suite 1502
New York, NY 10038

Chattanoga Shooting Supplies
2600 Walker Road
Chattanooga, TN 37421

E-Advance Services, LLC
80 State Street
Albany, NY 12207-2543

Graf and Sons, Inc.
4050 S Clark Street
Mexico, MO 65265

Hyperion Munitions
8601 Somerset Drive
Largo, FL 33773

Internal Revenue Servicce
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Iron Valley Supply
101 London Parkway
Birmingham, AL 35211

LEE Advance LLC
325 Division Avenue
Suite 201
Brooklyn, NY 11211

Michael A. Corcoran
208 Seasons Trace Loop
Longs, SC 29568

Mid  Atlantic Ammo
3298 Heavenly Cause Court
Mount Airy, MD 21771

Mini Mall Storage Properties US
250-1201 Glenmore Trail SW
Calgary, Alberta, T2V 4Y8,

Mini Mall US Storage Properties Master
LP, by its GP, Mini Mall Storage Propert
250-1201 Glenmore Trail SW
Calgary, Alberta,  AB T2V 4Y8,

Norma Precision
137 Prosperity Drive
Suite 100
Garden City, GA 31408

Nosler , Inc.
107 SW Columbia Street
Bend, OR 97702

Onramp Funds, Inc.
1705 S. Capital of Texas Highway
Austin, NY 78746

PNC Bank
10267 Beach Drive SW
Calabash, NC 28467

Quickbridge Funding LLC
410 Exchange
Irvine, CA 92602

RSR Group, Inc.
4700 Amon Carter Blvd.
Forth Worth, TX 76155-2207

SC Department of Revenue
P.O. Box 12265
Columbia, SC 29211-9079

SC Department of Workforce
1550 Gadsden Street
Columbia, SC 29202

Tactical Gear Distributors
9750 Aberdeen Road
Aberdeen, NC 28315

Top Choice Financial, LLC
99 Wall Street
New York, NY 10005

Towner and Kohler Law Firm
333 N. Wilmot Road, Suite 340
Tucson, AZ 85711

United First LLC/GFE Funding
2999 NE 191st Street
Unit 901
Miami, FL 33180

UPS
55 Glenlake Parkway NE
Atlanta, GA 30328

# United States Bankruptcy Court

District of South Carolina

In re  Crate Holdings LLC

Case No. _____

**Debtor**

Chapter ___11___

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_10,000.00_____

    The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_400.00_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

     d.  [Other provisions as needed]

See Retainer Agreement

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  See Retainer Agreement

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/29/2024

*Date*

/s/ Christine E. Brimm, SC 6569 / FED 6313

*Signature of Attorney*

Barton Brimm, PA

*Name of law firm*
1500 Highway 17 Business North
Suite 214
Surfside Beach, SC 29575

## ATTACHMENT TO DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

| | |
|---|---|
| Retainer Amount | <u>$10,000.00</u> |
| Amount applied to Pre-Petition fees | -$8,167.00 |
| Amount applied for filing Fee | -$1,738.00 |
| Amount applied for UCC Retrievals | -$95.00 |
| RETAINER BALANCE | $0 |
| **Pre-petition balance owed** | **$1,293.00** |

**CHRISTINE E. BRIMM**
*Certified Specialist in Bankruptcy*
*and Debtor-Creditor Law*

cbrimm@bartonbrimm.com

**BB**
BARTON • BRIMM

P.O. Box 14805
Myrtle Beach, SC 29587
(803) 256-6582
www.bartonbrimm.com

**BARBARA GEORGE BARTON**
*Retired*

December 8, 2023

Crate Holdings, LLC
c/o Mike Corcoran
1531 Absco Drive, Unit U-2
Longs, SC  29568
**VIA E-MAIL mike@crateholdingsammo.com**

   RE: *Agreement for Legal Services*

Dear Mr. Corcoran:

This confirms the agreement between Crate Holdings, LLC (the "Company" or "You") and Barton Brimm, PA (the "Firm"), pursuant to which the Firm has agreed to represent the Company.  Representation pursuant to this agreement expressly does not include any representation of any individual or affiliated company, but only the Company in its corporate capacity.  This representation will involve advice and counseling concerning the Company's financial matters and will also involve the filing of a Chapter 11 bankruptcy.

Representation will commence with payment to the Firm of an initial retainer in the amount of $10,000.00.  The Retainer is for legal services only and does not include the Chapter 11 filing fee of $1,738.00 to be paid to the Bankruptcy Court, or any additional fees which may arise during the course of the bankruptcy.  The Firm may request that the retainer be replenished from time to time, as needed, and You agree to provide such additional retainer amounts as may be requested.  The Firm shall send an informational invoice to You including a detailed daily description of its time, charges and reimbursable expenses by the fifteenth (15th) day of each month for services performed and expenses incurred during the preceding calendar month.  The Firm shall charge against its Retainer the invoice amount on the date each invoice is sent or, after a bankruptcy is filed on your behalf, only upon approval by the Bankruptcy Court.  Fees shall be charged for the time expended by attorney Christine Brimm at the rate of $400.00 per hour and by paralegal Connie Fraser at the rate of $150.00 per hour.  Time expended on this representation by other attorneys or legal assistants will be charged at the normal and customary hourly rates applicable to each attorney or legal assistant working on these matters as charged by the Firm to its non-bank, corporate and commercial clients.  If the Firm increases its hourly rates at any time during the course of this representation, the higher rate shall be deemed substituted for the initial rates described in this agreement.

The expenses chargeable against the retainer may include, among other items, filing fees, deposition expenses, expert witness fees, subpoena and service of process fees, cost of transcripts, document production and reproducing costs, charges for toll and parking, mailing costs, expedited mail or delivery services, fax and telecopier expenses, messenger services, and the cost involved in hiring accountants,

Crate Holdings, LLC
Page 2
December 8, 2023

actuaries or appraisers if necessary. You agree that, to the extent the retainer is insufficient to pay the amount incurred in fees and expenses, You will pay all additional amounts as incurred.

You acknowledge that the Retainer does not represent a fixed amount for the legal representation, but is instead a security retainer. You will be billed at the hourly rate for all time incurred in this matter.

You agree that You will perform fully and conscientiously all of the statutory duties of the debtor under the Bankruptcy Code, and that You will timely comply with all reasonable requests for information or reports requested by the Firm, by the subchapter V trustee and by the United States Trustee. These duties include gathering and reviewing all of the information necessary for filing a complete and accurate list of all of Your creditors, by complete name and address, in the form for a matrix required by the Bankruptcy Court, a schedule of Your executory contracts and unexpired leases, the statement of Your financial affairs, and the statement of Your current income and expenses. You acknowledge that bankruptcy forms are required to be completed with the foregoing information, and further acknowledge that to the extent that the Firm has to redraft or assign its personnel to complete these forms for You, the fees for the Firm's services will be substantially increased beyond the initial Retainer amount.

You acknowledge that Subchapter V Debtors are required to deposit $1,000.00 with counsel when the case is filed, to be applied toward the fees of the Subchapter V Trustee appointed to the case, and that all fees of the Subchapter V Trustee will need to be paid in the case.

Representation pursuant to this agreement does not include representation in the following matters, which are hereby expressly excluded. In the event that You desire the Firm to represent You in the following matters, should they arise, a separate written retainer agreement will be necessary.

  1. Adversary proceedings;
  2. Appeals;
  3. Matters involving material facts not disclosed at the time of this Retainer Agreement; and
  4. Any other matters or litigation not described herein.

Yours Very Truly,

BARTON BRIMM, PA

Christine E. Brimm

**RETAINER AGREEMENT AGREED AND ACCEPTED:**

**CRATE HOLDINGS, LLC**                   **BARTON BRIMM, PA**

Mike Corcoran, Owner        Date        1/17/2024        Christine E. Brimm        Date