# Interim Cash Collateral Budget for Crate Holdings LLC

|  |  |  | February |
|---|---|---|---|
|  |  | **Projected Sales** | 157500 |
|  |  | *COGS* |  |
|  |  | Inventory Purchases | 121023 |
|  |  | **Gross Profit** | 36477 |
| 2022 Sales | $1,379,519.00 | *Operating Expenses* |  |
| 2023 Sales | $2,405,063.00 | Labor | 2600 |
|  |  | Payroll Taxes | 398 |
|  |  | Rent | 800 |
|  |  | Trustee Fees | 1000 |
|  |  | Legal Fees | 2500 |
|  |  | Office Expenses | 90 |
|  |  | PMT to Mid Atlantic Ammo* | 12000 |
|  |  | Insurance | 603 |
|  |  | Shopify Platform Charges | 1500 |
|  |  | Advertising | 1520 |
|  |  | Monthly Owners Draw | 7500 |
|  |  | **Total Expenses** | 30511 |
|  |  | **Net Business Income** | 5966 |

*only upon separate critical vendor order