**Fill in this information to identify the case:**

Debtor Name: Crate Holdings LLC

United States Bankruptcy Court for the: District of South Carolina

Case number: 24-00312-eg

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: January    Date report filed: 02/19/2024 (MM/DD/YYYY)

Line of business: Retail Sales of Ammunition    NAISC code: 459110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Crate Holdings LLC

Original signature of responsible party: [signature]

Printed name of responsible party: Michael Corcoran

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | | | |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name **Crate Holdings LLC**                             Case number **24-00312-eg**

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 1,857.26

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 2,833.51

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    - $ 1,696.58

22. **Net cash flow**    + $ 1,136.93

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 2,994.19

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 800.00

    *(Exhibit E)*

Debtor Name **Crate Holdings LLC**     Case number **24-00312-eg**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ __0.00__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     __2__
27. What is the number of employees as of the date of this monthly report?     __2__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ __0.00__
30. How much have you paid this month in other professional fees?     $ __0.00__
31. How much have you paid in total other professional fees since filing the case?     $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected** | | Column B<br>**Actual** | | Column C<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 2,833.51 | − | $ 2,833.51 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 1,696.58 | − | $ 1,696.58 | = | $ 0.00 |
| 34. **Net cash flow** | $ 1,136.93 | − | $ 1,136.93 | = | $ 0.00 |

35. Total projected cash receipts for the next month:     $ 157,500.00
36. Total projected cash disbursements for the next month:     − $ 151,534.00
37. Total projected net cash flow for the next month:     = $ 5,966.00

Debtor Name **Crate Holdings LLC**  Case number **24-00312-eg**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

## EXHIBIT A & B

Exhibit A

The DIP account was not opened until Febuary 6

Exhibit B

The DIP account was not opened until Febuary 6

### Petty Cash Exhibit 1/29-1/31

| | |
|---|---:|
| Cash on filing date | $1,500.00 |
| Cash receipts | $385.00 |
| Ending Petty Cash Balance for operating period | $1,885.00 |

# **EXHIBIT C**

| **ABB Account** | Date | Amount | Source |
|---|---|---|---|
| | 1/29/24 | $231.89 | Shopify Sales |
| | 1/29/24 | $400.89 | Shopify Sales |
| | 1/29/24 | $726.56 | Shopify Sales |
| | 1/30/24 | $888.84 | Shopify Sales |
| | 1/31/24 | $68.66 | Shopify Sales |
| | Total | $2,316.84 | |

| **Square Account** | Date | Amount | Source |
|---|---|---|---|
| | 1/29/24 | $0.66 | In Person Sales |
| | 1/30/24 | $143.03 | In Person Sales |
| | 1/31/24 | $372.98 | In Person Sales |
| | Total | $516.67 | |

**Total Cash Receipts**
| | | |
|---|---|---|
| Anderson Brothers Bank | $2,316.84 | |
| Square Bank Account | $516.67 | |
| Total Cash Disbursments | $2,833.51 | |

**Opening Balance**
| | | |
|---|---|---|
| Anderson Brothers Bank | $821.35 | |
| Square Bank Account | $1,035.91 | |
| Total Opening Balance | $1,857.26 | |

# EXHIBIT D

| ABB Account | Date | Amount | Payee |
|---|---|---|---|
| | 1/29/24 | $27.84 | Purchase on 1/26. posted 1/29 - Taco Station |
| | 1/29/24 | $160.81 | Purchase on 1/26. posted 1/29 - Shippo |
| | 1/31/24 | $1,180.32 | Purchase on 1/30 - Shopify |

| Square Account | Date | Amount | Payee |
|---|---|---|---|
| | 1/29/24 | $12.43 | Square - Instant Transfer Fee |
| | 1/29/24 | $187.00 | Freelancer,com - Supplies |
| | 1/31/24 | $128.18 | Freelancer,com - Supplies |

**Total Disbursment Amounts**

| | |
|---|---|
| Anderson Brothers Bank | $1,368.97 |
| Square Bank Account | $327.61 |
| Total Cash Disbursments | $1,696.58 |

## EXHIBIT E

**Debt owed on January MOR**

| | |
|---|---|
| Date of incurred debt | 1/31/2024 |
| Who is owed the debt | Bungalow Commons LLC |
| Reason for debt | Rent |
| Date that the debt is due | 1/31/24 |

## Credit Card Sales Not Deposited Into Bank Exhibit

Credit Card Sales Not Deposited Into Bank

| Explaination | Date | Batch Total |
|---|---|---|
| Daily credit card batches for online sales are deposited next business day. The batch cutoff time is 7:00 PM EST. The funding date for this deposit example would be 2/1. | 1/31/24 | 406.49 |

◻ Square

Square Checking
Routing number: ▓▓▓▓
Account number: •••5243

# Checking Statement
January 01 - January 31, 2024

The Ammo Crate
341B Highway 9 East
B
LONGS, SC 29568

| Location | Starting Balance | Activities | Ending Balance |
|---|---|---|---|
| The Ammo Crate | $435.66 | 87 | $527.40 |

**Starting balance**
The starting balance on the account on January 01, 2024.

**Payment processing (credits & debits)**
The net amount of payment processing credits & debits during the period.

**Square Debit Card**
The net amount of Square Debit Card spend, refunds, ATM withdrawals, & other activity.

**Transfers (and related activity)**
The net amount of all inbound and outbound transfers.

**Ending balance**
The ending balance on the account on January 31, 2024.

| | |
|---|---|
| Starting balance | $435.66 |
| Payment processing | +$10,014.08 |
| Square Debit Card | -$3,348.48 |
| Transfers | -$6,573.86 |
|    Transfers out | -$6,557.03 |
|    Instant Transfer fees | -$116.83 |
|    Transfers in | +$100.00 |
| **Ending balance** | **$527.40** |

| Date | Details | Category | Activity type | Amount | Balance |
|---|---|---|---|---|---|
| 01/31/2024 | 5 Activities | | Sales | $372.98 | $527.40 |
| 01/31/2024 | Freelancer.com | Supplies | Card spend · Michael Corcoran 6779 | -$128.18 | $154.42 |
| 01/30/2024 | 4 Activities | | Sales | $143.03 | $282.60 |
| 01/29/2024 | Card payment | | Sales | $0.66 | $139.57 |
| 01/29/2024 | Anderson Brothers Bank ••••509 | Uncategorized | Instant transfer out | -$710.00 | $138.91 |
| 01/29/2024 | Freelancer.com | Supplies | Card spend · Michael Corcoran 6779 | -$187.00 | $848.91 |
| 01/28/2024 | DoorDash | | Card spend · Michael Corcoran 6779 | -$22.85 | $1,035.91 |
| 01/27/2024 | Exxon | Transportation | Card spend · Michael Corcoran 6779 | -$3.69 | $1,058.76 |
| 01/27/2024 | 11 Activities | | Sales | $388.86 | $1,062.45 |
| 01/27/2024 | Dollar Ge Dg E | | Card spend · Michael Corcoran 6779 | -$16.74 | $673.59 |
| 01/27/2024 | Card payment | | Sales | $28.66 | $690.33 |
| 01/26/2024 | 10 Activities | | Sales | $350.28 | $661.67 |
| 01/26/2024 | 2 Activities | | Sales | $94.47 | $311.39 |
| 01/25/2024 | Circle K | Transportation | Card spend · Michael Corcoran 6779 | -$6.18 | $216.92 |
| 01/25/2024 | Anderson Brothers Bank ••••509 | Uncategorized | Instant transfer out | -$100.00 | $223.10 |
| 01/25/2024 | Card payment | | Sales | $10.48 | $323.10 |
| 01/25/2024 | 5 Activities | | Sales | $105.35 | $312.62 |
| 01/25/2024 | Food Lion | Supplies | Card spend · Michael Corcoran 6779 | -$26.99 | $207.27 |
| 01/24/2024 | Shell | Transportation | Card spend · Michael Corcoran 6779 | -$12.87 | $234.26 |
| 01/24/2024 | Transfer in | | General savings | $100.00 | $247.13 |
| 01/24/2024 | 2 Activities | | Sales | $115.39 | $147.13 |
| 01/24/2024 | Circle K | | Card spend · Michael Corcoran 6779 | -$2.59 | $31.74 |
| 01/23/2024 | Taco Station | Meals | Card spend · Michael Corcoran 6779 | -$17.57 | $34.33 |
| 01/23/2024 | Food Lion | Supplies | Card spend · Michael Corcoran 6779 | -$30.48 | $51.90 |

```
                                          Date    1/31/24      Page    4
                                          Primary Account            4509 
                                          Cif Number
                                          Enclosures                    11

CRATE HOLDINGS LLC
1531 ABSCO DRIVE #U-2
481 B HWY 9 E
LONGS SC  29568




FREE BUSINESS CHECKING                        4509   (Continued)

--------------------DEPOSITS AND OTHER CREDITS---------------------------
Date......Description...............................Amount
          ID #-
          TRACE #
 1/23     CR CD DEP   M MERCHANT                    1,209.67
                              01/23/24
          ID #-
          TRACE #-
 1/24     CR CD DEP   M MERCHANT                      329.94
                              01/24/24
          ID #-
          TRACE #-
 1/25     CR CD DEP   M MERCHANT                      773.36
                              01/25/24
          ID #-
          TRACE #
 1/26     RTP deposit from SQUARE                      98.25
 1/26     CR CD DEP   M MERCHANT                      451.52
                              01/26/24
          ID #-
          TRACE #-
 1/26     DDA REGULAR DEPOSIT                         300.00
 1/29     RTP deposit from SQUARE                     697.57
 1/29     CR CD DEP   M MERCHANT                      231.89
                              01/29/24
          ID #-
          TRACE #-
 1/29     CR CD DEP   M MERCHANT                      400.89
                              01/29/24
          ID #
          TRACE #-
 1/29     CR CD DEP   M MERCHANT                      726.56
                              01/29/24
          ID #-
          TRACE #-
 1/30     CR CD DEP   M MERCHANT                      888.84
                              01/30/24
          ID #-
          TRACE #-
 1/31     CR CD DEP   M MERCHANT                       68.66
                              01/31/24
```

```
                                          Date    1/31/24      Page      7
                                          Primary Account          ████4509
                                          Cif Number
                                          Enclosures                     11
```


```
CRATE HOLDINGS LLC
1531 ABSCO DRIVE #U-2
481 B HWY 9 E
LONGS SC   29568
```

```
FREE BUSINESS CHECKING                    ████4509   (Continued)
------------------------------------DEBITS------------------------------------
Date......Description.............................................Amount
  1/22      DBT CRD 1401 01/19/24 ████                             186.36
            SHIPPO.COM
            HTTPSGOSHIPPO CA C#████
  1/23      DBT CRD ████ 01/22/24 ████                              30.94
            SQ *TACO STATION
            Longs           SC C#████
  1/23      ACCTVERIFY Square Inc                                     .01
            ████████████ 01/23/24
            ID #-████████
            TRACE #-████████
  1/24      DBT CRD 1504 01/23/24 ████                             142.26
            SHIPPO.COM
            HTTPSGOSHIPPO CA C#████
  1/26      DBT CRD 1444 01/24/24 ████                              58.53
            MARATHON ████
            LONGS           SC C#████
  1/26      DBT CRD 1915 01/26/24 ████                           1,083.08
            SHOPIFY* ████
            HTTPSSHOPIFY. IL C#████
  1/29      DBT CRD 1214 01/26/24 ████                              27.84
            SQ *TACO STATION
            Longs           SC C#████
  1/29      DBT CRD ████ 01/26/24 ████                             160.81
            SHIPPO.COM
            HTTPSGOSHIPPO CA C#████
  1/30      DBT CRD 1813 01/30/24 ████                           1,180.32
            SHOPIFY* ████
            HTTPSSHOPIFY. IL C#████
-----------------------------------CHECKS POSTED-----------------------------
Date..Check No......Amount Date..Check No......Amount Date..Check No......Amount
 1/10              5,426.00  1/04       101   1,700.00  1/23     1003*   3,000.00
 1/04      100*      800.00  1/18       103*  1,025.00
* DENOTES BREAK IN CHECK NUMBER SEQUENCE

----------------------------ACCOUNT BALANCES BY DAY--------------------------
Date..........Balance        Date..........Balance        Date..........Balance
 1/01          100.00         1/03        3,138.97         1/05        3,652.65
 1/02        1,010.27         1/04          784.79         1/08        6,237.40
```

```
                                            Date    1/31/24      Page       8
                                            Primary Account          4509
                                            Cif Number
                                            Enclosures                      11
```


```
CRATE HOLDINGS LLC
1531 ABSCO DRIVE #U-2
481 B HWY 9 E
LONGS SC  29568
```

```
FREE BUSINESS CHECKING                    4509    (Continued)
--------------------------ACCOUNT BALANCES BY DAY-----------------------------
Date.........Balance        Date..........Balance        Date..........Balance
1/09        7,624.14        1/17            583.40       1/25         1,113.19
1/10        2,842.79        1/18            592.56       1/26           821.35
1/11        6,606.23        1/22          1,894.83       1/29         2,689.61
1/12        7,781.06        1/23            152.15       1/30         2,398.13
1/16        7,501.25        1/24            339.83       1/31         2,466.79

             * * *   E N D   O F   S T A T E M E N T   * * *
```

Net sales

📅 **Jan 29–Jan 31, 2024**

All channels ⌄

‹  ›

| Date | | Net sales |
|---|---|---|
| **Totals** | | **$1,050.95** |
| Jan 29, 2024 | | $25.95 |
| Jan 29, 2024 | JNPRIMED] - SUN357 | $27.95 |
| Jan 29, 2024 | | $5.47 |
| Jan 29, 2024 | gs - SUN45COLT | $34.95 |
| Jan 29, 2024 | | $64.98 |
| Jan 29, 2024 | | $95.85 |
| Jan 29, 2024 | ( | $312.25 |
| Jan 29, 2024 | MJ (LE Trade) New - 53885 | $104.75 |
| Jan 29, 2024 | | $51.90 |
| Jan 30, 2024 | 158gr TMJ - 53750 | $404.95 |
| Jan 30, 2024 | | $51.90 |
| Jan 31, 2024 | y to Load - New | $159.95 |
| Jan 31, 2024 | | -$339.79 |
| Jan 31, 2024 | vi Partizan (PPU) Components | $49.89 |

Showing 14 of 14 result(s).