**Fill in this information to identify the case:**

Debtor Name  Crate Holdings LLC

United States Bankruptcy Court for the: District of South Carolina

Case number:  24-00312-eg

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                  12/17

Month:          Feburary

Line of business:  Retail Sales of Ammunition

Date report filed:  03/20/2024
MM / DD / YYYY

NAISC code:   459110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Crate Holdings LLC

Original signature of responsible party

Printed name of responsible party    Michael Corcoran

### ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Crate Holdings LLC                          Case number  24-00312-eg

17.  Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  2,994.19

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $  131,003.80

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $  119,053.38

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $  11,950.42

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.    = $  14,994.61

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**    $  0.00

*(Exhibit E)*

Debtor Name  Crate Holdings LLC _____    Case number 24-00312-eg _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                          $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                            2

27. What is the number of employees as of the date of this monthly report?                               2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ____3,500.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ____3,500.00

30. How much have you paid this month in other professional fees?                                  $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                 $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 157,500.00 | — | $ 131,003.80 | = | $ 26,496.20 |
| 33. **Cash disbursements** | $ 151,534.00 | — | $ 119,053.38 | = | $ 32,480.62 |
| 34. **Net cash flow** | $ 5,966.00 | — | $ 11,950.42 | = | $ -5,984.42 |

35. Total projected cash receipts for the next month:                              $ 157,500.00

36. Total projected cash disbursements for the next month:                       - $ 151,534.00

37. Total projected net cash flow for the next month:                            = $ 5,966.00

Debtor Name  Crate Holdings LLC                                    Case number 24-00312-eg


## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**EXHIBIT B**

<u>Payments totaling $12,000 were made to critical vendor Mid Atlantic per court authorization in Critical Vendor Order and in Cash Collateral Order.</u>

Critial Vendor PMT to Mid Atlantic Ammo

## Petty Cash Exhibit 02/01 to 02/29

| | |
|---|---|
| Ending Petty Cash for last period | $1,885.00 |
| Cash receipts | $1,308.31 |
| Cash Disbursement to DIP account | $1,400.00 |
| | |
| Ending Petty Cash Balance for operating period | $1,793.31 |

## EXHIBIT C

**Wells Fargo DIP Account - Online Sales**

| Date | Amount | Source | In Store sales | Date | amount | source | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 02/01/2024 | 340,79 | Credit Card Sales | | |
| | | | | 02/06/2024 | 643.26 | Credit card sales | **Total Cash Receipts** | |
| 02/01/2024 | $406.49 | Credit Card Sales | | | | | | |
| 02/02/2024 | | Credit card sales | | 02/06/2024 | 91.82 | Credit card sales | Online Sales | 118739.44 |
| 02/03/2024 | | Credit card sales | | 02/09/2024 | 406.05 | Credit card sales | In store sales | 12264.36 |
| | | Credit card sales | | | | | | |
| 02/04/2024 | | Credit card sales | | 02/12/2024 | 39.17 | Credit card sales | Total Cash Receipts | 131003.8 |
| 02/05/2024 | | Credit card sales | | 02/12/2024 | 945.16 | Credit card sales | | |
| 02/06/2024 | | Credit card sales | | 02/14/2024 | 801.99 | Credit card sales | | |
| 02/07/2024 | | Credit card sales | | 02/15/2024 | 220.94 | Credit card sales | | |
| 02/08/2024 | | Credit card sales | | 02/16/2024 | 190.68 | Credit card sales | | |
| 02/09/2024 | | Credit card sales | | 02/20/2024 | 185.96 | Credit card sales | | |
| 02/10/2024 | | Credit card sales | | 02/20/2024 | 519.15 | Credit card sales | | |
| 02/11/2024 | | Credit card sales | | 02/20/2024 | 1083.26 | Credit card sales | | |
| 02/12/2024 | | Credit card sales | | 02/21/2024 | 893.23 | Credit card sales | | |
| 02/13/2024 | $9,054.82 | Credit card sales | | 02/22/2024 | 194.69 | Credit card sales | | |
| 02/13/2024 | $28,006.95 | Credit card sales | | 02/23/2024 | 739.24 | Credit card sales | | |
| 02/14/2024 | $5,426.95 | Credit card sales | | 02/26/2024 | 414.79 | Credit card sales | | |
| 02/15/2024 | $3,215.54 | Credit card sales | | 02/26/2024 | 423.67 | Credit card sales | | |
| 02/16/2024 | $4,026.57 | Credit card sales | | 02/27/2024 | 450.57 | Credit card sales | | |
| 02/17/2024 | | Credit card sales | | 02/28/2024 | 2195.91 | Credit card sales | | |
| | | Credit card sales | | 02/29/2024 | 84.03 | Credit card sales | | |
| 02/18/2024 | | Credit card sales | | 02/29/2024 | 1400 | cash sales deposit | | |
| 02/19/2024 | | Credit card sales | | | | | | |
| 02/20/2024 | $2,535.29 | Credit card sales | | | | | | |
| 02/20/2024 | $4,879.31 | Credit card sales | | | | | | |
| 02/20/2024 | $7,075.36 | Credit card sales | | | | | | |
| 02/20/2024 | $8,878.57 | Credit card sales | | | | | | |
| 02/21/2024 | $4,079.04 | Credit card sales | | | | | | |
| 02/22/2024 | $7,518.19 | Credit card sales | | | | | | |
| 02/23/2024 | $7,372.94 | Credit card sales | | | | | | |
| 02/24/2024 | | Credit card sales | | | | | | |
| 02/25/2024 | | Credit card sales | | | | | | |
| 02/26/2024 | $3,371.64 | Credit card sales | | | | | | |
| 02/26/2024 | $5,060.68 | Credit card sales | | | | | | |
| 02/26/2024 | $2,360.42 | Credit card sales | | | | | | |
| 02/27/2024 | $7,295.29 | Credit card sales | | | | | | |
| 02/28/2024 | $6,068.61 | Credit card sales | | | | | | |
| 02/29/2024 | $2,106.78 | Credit card sales | | | | | | |

## EXHIBIT D

**Wells Fargo DIP Account**

| | | | Total Cash Disbursements |
|---|---|---|---|
| | | | $119,053.38 |
| Date | Amount | Payee | |
| 2/13/24 | $600.00 | Tyler Corcoran - Salary | |
| 2/13/24 | $37.32 | Harland clarke - office supplies | |
| 2/15/24 | $40.00 | Wells Fargo - Bank Charge | |
| 2/15/24 | $26,702.00 | Lawmen Supply - Inventory | |
| 2/16/24 | $13,010.00 | Mid Atlantic Ammo PMT and Ivnventory | |
| 2/16/24 | $1,000.00 | Michael Corcoran - Shipping Expense Reimbursement | |
| 2/20 | $75.00 | Wells Fargo - Bank Charge | |
| 2/20 | $1,559.00 | Crow Shooting Supply - Inventory | |
| 2/20 | $1,381.00 | Crow Shooting Supply - Inventory | |
| 2/20 | $799.00 | Ammoseek - Advertising | |
| 2/20/24 | $20.00 | Ring.com- office Expenses | |
| 2/20/24 | $4,485.00 | Lawmen Supply - Inventory | |
| 2/20/24 | $1,000.00 | US Trustee | |
| 2/20 | 600 | Tyler Corcoran - Salary | |
| 2/20 | 12800 | Lawmen Supply - Inventory | |
| 2/20 | 5000 | Michael Corcoran - Salary | |
| 2/20 | 1000 | Michael Corcoran - Salary | |
| 2/21 | 1188.06 | Lockton Infinity - Insurance | |
| 2/21 | 1353.82 | Shopify | |
| 2-22 | 1634.5 | Crow Shooting Supply - Inventory | |
| 2/22 | 13010 | Mid Atlantic Ammo PMT and Ivnventory | |
| 2/23 | 25 | Wells Fargo - Bank Charge | |
| 2/23 | 11485 | Lawmen Supply - Inventory | |
| 2/23 | 600 | Tyler Corcoran - Salary | |
| 2/26 | 685 | Coastal Advertising | |
| 2/27 | 25.53 | Walmart - Shipping Tape | |
| 2/27 | 45.3 | Lowe's - Shipping Boxes | |
| 2/27 | 350 | Darrel - Inventory Purchase | |
| 2/28 | 25 | Wells Fargo - Bank Charge | |
| 2/28 | 377.45 | Crow Shooting Supply - Inventory | |
| 2/28 | 870 | Mario Benitez - Inventory | |
| 2/28 | 2500 | Barton Brimm - Legal Fees | |
| 2/29 | 25 | Wells Fargo - Bank Charge | |
| 2/29 | 7230 | Lawmen Supply - Inventory | |
| 2/29 | 1000 | Michael corcoran - Salary | |
| 2/29 | 4196 | Mid Atlantic Ammo PMT | |
| 2/29 | 25 | MGE Wholesale - Inventory | |
| 2/29 | 2294.4 | MGE Wholesale - Inventory | |

# Credit Card Sales Not Deposited Into Bank Exhibit

Credit Card Sales Not Deposited Into Bank

| Explaination | Date | Batch Total |
|---|---|---|
| Daily credit card batches for online sales are deposited next business day. The batch cutoff time is 7:00 PM EST. The funding date for this deposit example would be 3/1. | 2/29/24 | 2608.54 |

# Initiate Business Checking℠

February 29, 2024 ■ Page 1 of 6



CRATE HOLDINGS LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-00312(SC)
481 HIGHWAY 9 E # B
LONGS SC 29568-8704

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (367)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/6 | $0.00 |
| Deposits/Credits | 133,997.99 |
| Withdrawals/Debits | - 119,053.38 |
| **Ending balance on 2/29** | **$14,944.61** |

Account number: ████5834
**CRATE HOLDINGS LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 24-00312(SC)**

*South Carolina account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ██████

For Wire Transfers use
Routing Number (RTN): ██████

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/6 | | Deposit | 3,741.47 | | |
| 2/6 | | Instant Pmt From Square on 02/06 | 643.26 | | |
| 2/6 | | Instant Pmt From Square on 02/06 | 91.82 | | 4,476.55 |
| 2/9 | | Instant Pmt From Square on 02/09 | 406.05 | | 4,882.60 |
| 2/12 | | Square Fin Svcs Transfer 240212 ▮▮▮▮▮ Crate Holdings LLC | 39.17 | | |
| 2/12 | | Instant Pmt From Square on 02/10 Ref# | 945.16 | | |
| 2/12 | | Zelle to Corcoran Tyler on 02/10 Ref ▮ | | 600.00 | 5,266.93 |
| 2/13 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮ Crate Holdings Ammo | 9,054.82 | | |
| 2/13 | | M Merchant Rsrv Rlsd ▮▮▮▮▮▮ Crate Holdings Ammo | 28,006.95 | | |
| 2/13 | | Harland Clarke Check/Acc. ▮▮▮▮▮▮ Crate Holdings LLC | | 37.32 | 42,291.38 |
| 2/14 | | Square Inc ▮▮▮▮▮▮ Crate Holdings LLC | 801.99 | | |
| 2/14 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 5,426.95 | | 48,520.32 |
| 2/15 | | Square Inc ▮▮▮▮▮▮ Crate Holdings LLC | 220.94 | | |
| 2/15 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 3,215.54 | | |
| 2/15 | | Wire Trans Svc Charge - Sequence: ▮▮▮▮▮▮ Srf# | | 40.00 | |
| 2/15 | | WT Seq100081 Lawmen Supply Company O /Bnf=Lawmen Supply Company of NEW Jerse Srf# | | 26,702.00 | 25,214.80 |
| 2/16 | | Square Inc ▮▮▮▮▮▮ Crate Holdings LLC | 190.68 | | |
| 2/16 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 4,026.57 | | |
| 2/16 | | Zelle to Corcoran Michael on 02/16 ▮▮▮ Tr Shipping Expense Shopify | | 1,000.00 | |
| 2/16 | | Withdrawal Made in A Branch/Store | | 13,010.00 | 15,422.05 |
| 2/20 | | Square Inc ▮▮▮▮▮▮ Crate Holdings LLC | 185.96 | | |
| 2/20 | | Square Inc ▮▮▮▮▮▮ Crate Holdings LLC | 519.15 | | |
| 2/20 | | Square Inc ▮▮▮▮▮▮ Crate Holdings LLC | 1,083.26 | | |
| 2/20 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 2,535.29 | | |
| 2/20 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 4,879.31 | | |
| 2/20 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 7,075.36 | | |
| 2/20 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 8,878.57 | | |
| 2/20 | | Wire Trans Svc Charge - Sequence: ▮▮▮▮▮▮ | | 25.00 | |
| 2/20 | | Wire Trans Svc Charge - Sequence: ▮▮▮▮▮▮ Srf# | | 25.00 | |
| 2/20 | | Wire Trans Svc Charge - Sequence: ▮▮▮▮▮▮ Srf# | | 25.00 | |

February 29, 2024 ■ Page 3 of 6



**WELLS FARGO**

---

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/20 | | Purchase authorized on 02/16 Crow Shooting Supp Card 9044 | | 1,559.00 | |
| 2/20 | | Purchase authorized on 02/16 Crow Shooting Supp Card 9044 | | 1,381.00 | |
| 2/20 | | Purchase authorized on 02/17 Ammoseek LLC Card 9044 | | 799.00 | |
| 2/20 | | Recurring Payment authorized on 02/19 Ring Pro Lte Httpsring.Com CA Card 9044 | | 20.00 | |
| 2/20 | | WT Seq#52142 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# | | 4,485.00 | |
| 2/20 | | WT Fed#02798 South State Bank, /Ftr/Bnf=Robinson Gray Srf# | | 1,000.00 | |
| 2/20 | | Zelle to Corcoran Tyler on 02/20 Ref #Rp0Ryvynyx Salary February 17 | | 600.00 | |
| 2/20 | | WT Seq206744 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# | | 12,800.00 | |
| 2/20 | | Online Transfer to Anderson Brothers Bank Chk xxxxx9075 M. Corcoran Ref #F20Mb4G4Bq Partial Monthly Personal Salary | | 5,000.00 | |
| 2/20 | | Zelle to Corcoran Michael on 02/20 Ref #Rp0Ryx4786 Partial Salary for February | | 1,000.00 | 11,859.95 |
| 2/21 | | Square Inc Crate Holdings LLC | 893.23 | | |
| 2/21 | | M Merchant CR CD Dep Crate Holdings Ammo | 4,079.04 | | |
| 2/21 | | Purchase authorized on 02/19 Lockton Insurance Card 9044 | | 1,188.06 | |
| 2/21 | | Recurring Payment authorized on 02/20 Shopify* Httpsshopify. IL Card 9044 | | 1,353.82 | 14,290.34 |
| 2/22 | | Square Inc Crate Holdings LLC | 194.69 | | |
| 2/22 | | M Merchant CR CD Dep Crate Holdings Ammo | 7,518.19 | | |
| 2/22 | | Purchase authorized on 02/20 Crow Shooting Supp Card 9044 | | 1,634.50 | |
| 2/22 | | Withdrawal Made In A Branch/Store | | 13,010.00 | 7,358.72 |
| 2/23 | | Square Inc Crate Holdings LLC | 739.24 | | |
| 2/23 | | M Merchant CR CD Dep Crate Holdings Ammo | 7,372.94 | | |
| 2/23 | | Wire Trans Svc Charge - Sequence: Srf# | | 25.00 | |
| 2/23 | | WT Seq146663 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# | | 11,485.00 | |
| 2/23 | 1001 | Check | | 600.00 | 3,360.90 |
| 2/26 | | Square Inc Crate Holdings LLC | 414.79 | | |
| 2/26 | | Square Inc Crate Holdings LLC | 423.67 | | |
| 2/26 | | M Merchant CR CD Dep Crate Holdings Ammo | 2,360.42 | | |
| 2/26 | | M Merchant CR CD Dep Crate Holdings Ammo | 3,371.64 | | |
| 2/26 | | M Merchant CR CD Dep Crate Holdings Ammo | 5,060.68 | | |
| 2/26 | | Timber - 11002 Web Pmts Crate Holdings LLC | | 685.00 | 14,307.10 |
| 2/27 | | Square Inc Crate Holdings LLC | 450.57 | | |
| 2/27 | | M Merchant CR CD Dep Crate Holdings Ammo | 7,295.29 | | |

February 29, 2024 ■ Page 4 of 6



**WELLS FARGO**

---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/27 | | Purchase authorized on 02/27 Wal-Mart #5087 North Myrtle SC ▓▓▓▓▓▓▓▓▓▓ Card 9044 | | 25.53 | |
| 2/27 | | Purchase authorized on 02/27 Lowe's #603 N Myrtle Bch SC ▓▓▓▓▓▓▓▓▓▓ Card 9044 | | 45.30 | |
| 2/27 | 1002 | Check | | 350.00 | 21,632.13 |
| 2/28 | | Square Inc ▓▓▓▓▓▓▓▓▓▓ Crate Holdings LLC | 138.18 | | |
| 2/28 | | Merchant Bankcd Deposit ▓▓▓▓▓▓▓▓▓▓ The Ammo Crate | 2,057.73 | | |
| 2/28 | | M Merchant CR CD Dep ▓▓▓▓▓▓▓▓▓▓ Crate Holdings Ammo | 6,068.61 | | |
| 2/28 | | Wire Trans Svc Charge - Sequence: ▓▓▓▓▓▓▓▓▓▓ | | 25.00 | |
| 2/28 | | Purchase authorized on 02/27 Crow Shooting Supp ▓▓▓▓▓▓ Card 9044 | | 377.45 | |
| 2/28 | | Zelle to Mario on 02/28 Ref #RpORzj4Dvj Mk318 Inventory | | 870.00 | |
| 2/28 | | WT Fed#03628 First Citizens Ban /Ftr/Bnf=Barton Brimm Law ▓▓▓▓▓▓▓▓▓▓ | | 2,500.00 | 26,124.20 |
| 2/29 | | Merchant Bankcd Deposit ▓▓▓▓▓▓▓▓▓▓ The Ammo Crate | 84.03 | | |
| 2/29 | | M Merchant CR CD Dep ▓▓▓▓▓▓▓▓▓▓ Crate Holdings Ammo | 2,106.78 | | |
| 2/29 | | eDeposit IN Branch 02/29/24 02:49:49 PM 1025 Highway 17 S North Myrtle Beach SC 9044 | 1,400.00 | | |
| 2/29 | | Wire Trans Svc Charge - Sequence: ▓▓▓▓▓▓▓▓▓▓ | | 25.00 | |
| 2/29 | | WT Seq110270 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf#▓▓▓▓▓▓ | | 7,230.00 | |
| 2/29 | 1006 | Cashed Check | | 1,000.00 | |
| 2/29 | | Withdrawal Made In A Branch/Store | | 4,196.00 | |
| 2/29 | | Mge Wholesale Mge Wh ACH 220150 ACH Crate Holdings LLC | | 25.00 | |
| 2/29 | | Mge Wholesale Mge Wh ACH 220150 ACH Crate Holdings LLC | | 2,294.40 | 14,944.61 |
| **Ending balance on 2/29** | | | | | **14,944.61** |
| **Totals** | | | **$133,997.99** | **$119,053.38** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1001 | 2/23 | 600.00 | 1002 | 2/27 | 350.00 | 1006 * | 2/29 | 1,000.00 |

* Gap in check sequence.

---

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/06/2024 - 02/29/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|



---

*Monthly service fee summary (continued)*

We waived the fee this period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| | Minimum required | This fee period | |
|---|---|---|---|
| **How to avoid the monthly service fee** | | | |
| Have any **ONE** of the following each fee period | | | |
| • Average ledger balance | $1,000.00 | $13,819.00 | √ |
| • Minimum daily balance | $500.00 | $3,360.90 | √ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,400 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 23 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance shown on your statement ..................... $ _____

**ADD**
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
+ $ _____
.......................................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
.......................................... TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and withdrawals from the chart above ............ - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register ........................... $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

PO BOX 310
MULLINS  SC  29574
(843)464-6271
**BUSINESS**
Activity Statement



# ANDERSON BROTHERS BANK

**CRATE HOLDINGS LLC**
1531 ABSCO DRIVE #U-2
481 B HWY 9 E
LONGS SC  29568

| | |
|---|---|
| Customer Number: | ████████ |
| Account Number: | ████4509 |
| Interest Rate: | 0.00000 % |
| Previous Statement Balance: | $2,466.79 |
| Average Balance: | $0.00 |
| Overdraft Limit: | $0.00 |

| Date | Check # | Tran Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 02/01/2024 | 0 | 404 | RTP CREDIT (ZELLE)<br>RTP deposit from SQUARE | $868.19 | $3,334.98 |
| 02/01/2024 | 0 | 166 | ACH CREDIT AUTO<br>CR CD DEP  M MERCHANT<br>█████        02/01/24<br>ID #-████████<br>TRACE #-██████████ | $406.49 | $3,741.47 |
| 02/01/2024 | 0 | 56 | DDA PRIORITY DEBIT | ($3,741.47) | $0.00 |

This temporary statement from ANDERSON BROTHERS BANK is not a formal statement of your account.
These items will be reflected again on your regularly scheduled statement.

February 9, 2024

## Sales over time

Last month  ● Compare: Jan 1–Jan 31, 2024  Daily ⌄

**Total sales**



— Feb 1–Feb 29, 2024    ⋯ Compared to Jan 1–Jan 31, 2024

| Day ⌄ | Orders | Returns | Total sales |
|---|---|---|---|
| **Feb 01, 2024 -** | **419** | **-$585.59** | **$122,627.50** |
| **Feb 29, 2024** | 170 | -$737.45 | $30,631.35 |
| Jan 01, 2024 - | ↗ 146% | ↘ 21% | ↗ 300% |
| Jan 31, 2024 | | | |
| % Change | | | |
| | | | |
| Feb 01, 2024 | 9 | $0.00 | $1,680.13 |
| Jan 01, 2024 | 5 | $0.00 | $1,174.52 |
| | | | |
| Feb 02, 2024 | 7 | $0.00 | $1,416.30 |
| Jan 02, 2024 | 4 | $17.94 | $692.47 |

| Date | | | |
|---|---|---|---|
| Feb 03, 2024 | 11 | $0.00 | $1,023.31 |
| Jan 03, 2024 | 3 | $0.00 | $242.64 |
| Feb 04, 2024 | 14 | $0.00 | $3,082.72 |
| Jan 04, 2024 | 10 | $0.00 | $4,148.45 |
| Feb 05, 2024 | 5 | $0.00 | $841.01 |
| Jan 05, 2024 | 10 | $0.00 | $1,525.42 |
| Feb 06, 2024 | 5 | $0.00 | $1,540.76 |
| Jan 06, 2024 | 3 | $0.00 | $258.81 |
| Feb 07, 2024 | 3 | -$203.70 | $682.79 |
| Jan 07, 2024 | 7 | $0.00 | $1,676.99 |
| Feb 08, 2024 | 2 | $0.00 | $497.35 |
| Jan 08, 2024 | 6 | $0.00 | $1,481.91 |
| Feb 09, 2024 | 8 | -$238.41 | $1,809.61 |
| Jan 09, 2024 | 11 | $0.00 | $2,175.00 |
| Feb 10, 2024 | 14 | $0.00 | $5,008.41 |
| Jan 10, 2024 | 10 | $0.00 | $2,756.17 |
| Feb 11, 2024 | 50 | $0.00 | $15,215.52 |
| Jan 11, 2024 | 7 | $0.00 | $1,204.21 |
| Feb 12, 2024 | 28 | $0.00 | $8,386.01 |
| Jan 12, 2024 | 8 | $0.00 | $1,138.86 |
| Feb 13, 2024 | 11 | $0.00 | $2,778.91 |
| Jan 13, 2024 | 5 | $0.00 | $341.48 |
| Feb 14, 2024 | 9 | -$46.95 | $2,579.40 |
| Jan 14, 2024 | 1 | $0.00 | $213.91 |
| Feb 15, 2024 | 13 | $0.00 | $5,298.30 |
| Jan 15, 2024 | 11 | $0.00 | $2,772.15 |
| Feb 16, 2024 | 10 | $0.00 | $8,817.22 |
| Jan 16, 2024 | 11 | $0.00 | $1,224.93 |
| Feb 17, 2024 | 14 | $0.00 | $3,541.23 |
| Jan 17, 2024 | 4 | $0.00 | $1,390.87 |

| | | | |
|---|---|---|---|
| Feb 18, 2024 | 16 | -$55.00 | $5,287.41 |
| Jan 18, 2024 | 1 | -$183.60 | -$78.23 |
| Feb 19, 2024 | 23 | $0.00 | $8,775.65 |
| Jan 19, 2024 | 4 | $0.00 | $316.51 |
| Feb 20, 2024 | 12 | $0.00 | $2,129.05 |
| Jan 20, 2024 | 3 | $0.00 | $486.46 |
| Feb 21, 2024 | 30 | $0.00 | $10,215.87 |
| Jan 21, 2024 | 1 | $0.00 | $68.26 |
| Feb 22, 2024 | 13 | $0.00 | $4,319.70 |
| Jan 22, 2024 | 5 | $0.00 | $1,277.96 |
| Feb 23, 2024 | 18 | $0.00 | $3,520.01 |
| Jan 23, 2024 | 4 | $0.00 | $419.69 |
| Feb 24, 2024 | 18 | $0.00 | $4,958.17 |
| Jan 24, 2024 | 6 | $0.00 | $812.36 |
| Feb 25, 2024 | 22 | $0.00 | $5,178.32 |
| Jan 25, 2024 | 3 | $0.00 | $231.56 |
| Feb 26, 2024 | 19 | -$26.58 | $5,749.73 |
| Jan 26, 2024 | 7 | $0.00 | $742.29 |
| Feb 27, 2024 | 15 | $0.00 | $4,295.39 |
| Jan 27, 2024 | 3 | $0.00 | $305.11 |
| Feb 28, 2024 | 12 | -$14.95 | $1,572.79 |
| Jan 28, 2024 | 4 | -$232.00 | $420.16 |
| Feb 29, 2024 | 8 | $0.00 | $2,426.43 |
| Jan 29, 2024 | 4 | $0.00 | $803.94 |

Showing 29 of 29 result(s).