**Fill in this information to identify the case:**

Debtor Name _Crate Holdings LLC_

United States Bankruptcy Court for the: District of South Carolina ☑

Case number: _24-00312-eg_

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | _March_ | Date report filed: | _04/20/2024_ MM / DD / YYYY |
| Line of business: | _Retail Sales of Ammunition_ | NAISC code: | _459110_ |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Crate Holdings LLC_

Original signature of responsible party _[signature]_

Printed name of responsible party _Michael A. Corcoran_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3 | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Crate Holdings LLC                                    Case number  24-00312-eg

---

17.  Have you paid any bills you owed before you filed bankruptcy?           ☑ ☐ ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  14,944.61

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  187,537.17

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

−$  186,281.15

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+$  1,256.02

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

=$  16,200.63

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                     $ _____

*(Exhibit E)*

---

Debtor Name  Crate Holdings LLC                                        Case number  24-00312-eg

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          2

27. What is the number of employees as of the date of this monthly report?          2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 3,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ 6,500.00

30. How much have you paid this month in other professional fees?          $ 0.00

31. How much have you paid in total other professional fees since filing the case?          $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | — | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 157,500.00 | — | $ 187,537.17 | = | $ -30,037.17 |
| 33. **Cash disbursements** | $ 153,545.00 | — | $ 186,281.15 | = | $ -32,736.15 |
| 34. **Net cash flow** | $ 3,966.00 | — | $ 1,256.02 | = | $ 2,709.98 |

35. Total projected cash receipts for the next month:          $ 157,500.00

36. Total projected cash disbursements for the next month:          - $ 153,545.00

37. Total projected net cash flow for the next month:          = $ 3,966.00

Debtor Name  Crate Holdings LLC                                Case number 24-00312-eg

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## EXHIBIT B

Payments totaling $12,000
were made to critical
vendor Mid Atlantic per
court authorization in
Critical Vendor Order and
in Cash Collateral Order.

Critial Vendor PMT to Mid Atlantic Ammo

# EXHIBIT C

| Account - | Date | Amount | Source | In Store sales Date | amount | source | | Total Cash Receipts |
|---|---|---|---|---|---|---|---|---|
| | 03/01/2024 | $2,608.54 | Credit Card Sales | 03/01/2024 | 1101.91 | Credit Card Sales | | **Total Cash Receipts** |
| | 03/01/2024 | $660.00 | Quickbooks ACH Sale | 03/02/2024 | | Credit card sales | Online Sales | $167,041.57 |
| | 03/02/2024 | | Credit card sales | 03/03/2024 | | Credit card sales | In store sales | 20495.6 |
| | 03/03/2024 | | Credit card sales | 03/04/2024 | 529.95 | Credit card sales | | |
| | 03/04/2024 | $1,588.50 | Credit card sales | 03/04/2024 | 332.8 | Credit card sales | Total Cash Receipts | $187,537.17 |
| | 03/04/2024 | $5,851.66 | Credit card sales | 03/05/2024 | 224.21 | Credit card sales | | |
| | 03/04/2024 | | Credit card sales | 03/06/2024 | 767.99 | Credit card sales | | |
| | 03/05/2024 | $8,514.49 | Credit card sales | 03/07/2024 | 564.56 | Credit card sales | | |
| | 03/05/2024 | $3,872.37 | Credit card sales | 03/08/2024 | | Credit card sales | | |
| | 03/06/2024 | $2,218.39 | Credit card sales | 03/09/2024 | | Credit card sales | | |
| | 03/07/2024 | $7,137.27 | Credit card sales | 03/10/2024 | | Credit card sales | | |
| | 03/08/2024 | $3,382.93 | Credit card sales | 03/11/2024 | 640.53 | Credit card sales | | |
| | 03/09/2024 | | Credit card sales | 03/11/2024 | 1032.93 | Credit card sales | | |
| | 03/10/2024 | | Credit card sales | 03/12/2024 | 199.9 | Credit card sales | | |
| | 03/11/2024 | $3,245.71 | Credit card sales | 03/13/2024 | 76.47 | Credit card sales | | |
| | 03/11/2024 | $4,908.02 | Credit card sales | 03/14/2024 | 101.08 | Credit card sales | | |
| | 03/11/2024 | $6,731.86 | Credit card sales | 03/15/2024 | 338.79 | Credit card sales | | |
| | 03/12/2024 | $9,511.05 | Credit card sales | 03/16/2024 | | Credit card sales | | |
| | 03/12/2024 | $5,060.55 | Credit card sales | 03/17/2024 | | Credit card sales | | |
| | 03/14/2024 | $3,931.59 | Credit card sales | 03/18/2024 | 303 | Credit card sales | | |
| | 03/15/2024 | $3,238.96 | Credit card sales | 03/18/2024 | 565.7 | Credit card sales | | |
| | 03/18/2024 | $3,220.99 | Credit card sales | 03/18/2024 | 5999.95 | Credit card sales | | |
| | 03/18/2024 | $4,973.14 | Credit card sales | 03/19/2024 | 208.12 | Credit card sales | | |
| | 03/18/2024 | $24,634.70 | Credit card sales | 03/20/2024 | 2082.71 | Credit card sales | | |
| | 03/18/2024 | | Credit card sales | 03/21/2024 | 284.58 | Credit card sales | | |
| | 03/18/2024 | | Credit card sales | 03/22/2024 | 59.18 | Credit card sales | | |
| | 03/19/2024 | $10,961.76 | Credit card sales | 03/23/2024 | | Credit card sales | | |
| | 03/20/2024 | $6,033.49 | Credit card sales | 03/24/2024 | | Credit card sales | | |
| | 03/21/2024 | $2,752.29 | Credit card sales | 03/25/2024 | 241.17 | Credit card sales | | |
| | 03/22/2024 | $2,488.47 | Credit card sales | 03/25/2024 | 257.63 | Credit card sales | | |
| | 03/25/2024 | $2,427.08 | Credit card sales | 03/26/2024 | 99.03 | Credit card sales | | |
| | 03/25/2024 | $3,537.32 | Credit card sales | 03/27/2024 | 208.97 | Credit card sales | | |
| | 03/26/2024 | $3,708.88 | Credit card sales | 03/28/2024 | 786.55 | Credit card sales | | |
| | 03/27/2024 | $5,416.66 | Credit card sales | 03/29/2024 | 217.89 | Credit card sales | | |
| | 03/28/2024 | $6,300.20 | Credit card sales | 03/29/2024 | 3270 | Cash Sales Deposit | | |
| | 03/28/2024 | $8,193.93 | Credit card sales | 03/30/2024 | | | | |
| | 03/29/2024 | $9,929.76 | Credit card sales | 03/31/2024 | | | | |
| | 03/30/2024 | | Credit card sales | | | | | |
| | 03/31/2024 | | Credit card sales | | | | | |

EXHIBIT D

**Wells Fargo DIP Account**

| Date | Amount | Payee |
|---|---|---|
| | | Total Cash Disbursements |
| | | $186,281.15 |
| 3/1/24 | $38.15 | Walmart - Office Supplies |
| 3/1/24 | $19.39 | Intuit - Bank Charge |
| 3/1/24 | $600.00 | Tyler Corcoran - Wages |
| 3/4/24 | $25.00 | Wells Fargo - Bank Charge |
| 3/4/24 | $4,955.00 | Lawmen supply - Inventory Purcase |
| 3/4 | $3,336.41 | Infinity Payments - Credit Card Fees |
| 3/4 | $50.04 | Clover - Credit Card Fees |
| 3/4 | $800.00 | Bungalow Commons LLC - Rent |
| 3/5 | $25.00 | Wells Fargo - Bank Charge |
| 3/5 | $2,288.49 | Crow Shooting Supplies - Inventory Purchase |
| 3/5/24 | $519.26 | Crow Shooting Supplies - Inventory Purchase |
| 3/5/24 | $500.00 | Mario Benitez - Inventory Purchase |
| 3/5/24 | $15,280.00 | Lawmen supply - Inventory Purcase |
| 3/6 | 1207.22 | Fedex - Cost to ship inventory |
| 3/6 | 2094.75 | Fedex - Cost to ship inventory |
| 3/7 | 418.86 | Crow Shooting Supplies - Inventory Purchase |
| 3/8 | 130.81 | HTC - Internet |
| 3/8 | 46.25 | Walmart - Office Supplies |
| 3/8 | 2000 | Michael Corcoran - Salary |
| 3-8 | 2.5 | Wells Fargo - Bank Charge |
| 3/11 | 755.89 | Shippo - Cost to ship inventory |
| 3/11 | 12.13 | Shippo - Cost to ship inventory |
| 3/11 | 1566.03 | Fedex - Cost to ship inventory |
| 3/11 | 440.6 | Michael Corcoran - Salary |
| 3/11 | 2.5 | Michael Corcoran - Salary |
| 3/11 | 440.6 | Michael Corcoran - Salary |
| 3/11 | 2.5 | Michael Corcoran - Salary |
| 3/11 | 870 | Michael Corcoran - Salary |
| 3/11 | 112 | Michael Corcoran - Salary |
| 3/11 | 720 | Michael Corcoran - Salary |
| 3/11 | 112 | Michael Corcoran - Salary |
| 3/11 | 720 | Michael Corcoran - Salary |
| 3/11 | 112 | Michael Corcoran - Salary |
| 3/11 | 2065.9 | Crow Shooting Supplies - Inventory Purchase |
| 3/11 | 4600 | Mario Benitez - Inventory Purchase |
| 3/12 | 25 | Wells Fargo - Bank Charge |
| 3/12 | 5965 | Lawmen supply - Inventory Purcase |
| 3/12 | 31.08 | Walmart - Shipping Supplies |
| 3/12 | 22.07 | Clover - Credit Card Fees |
| 3/13 | 25 | Wells Fargo - Bank Charge |
| 3/13 | 2448.92 | fedex - Cost to ship inventory |
| 3/13 | 1301.21 | fedex - Cost to ship inventory |
| 3/13 | 1314.46 | Shopify Platform Charges and Shipping Costs |
| 3/13 | 881.51 | Shopify- Cost to ship inventory |
| 3/13 | 1314.29 | Shopify platform charges and shipping costs |
| 3/13 | 180 | Palmetto Pirate - Office Supplies |
| 3/13 | 6606.81 | Lawmen supply - Inventory Purchase |
| 3/13 | 600 | Tyler Corcoran - Wages |
| 3/15 | 68.58 | Midway USA - Inventory Purchase |
| 3/15 | 70.89 | Quickbooks - Office Expenses |
| 3/15 | 14000 | Mid Atlantic Ammo - PMT and inventory purchase |
| 3/18 | 2694.6 | Crow Shooting Supplies - Inventory Purchase |
| 3/18 | 7.5 | Michael Corcoran - Salary |
| 3/18 | 97.19 | Shipstation - Office Expenses |
| 3/18 | 180 | Palmetto Pirate - Office Supplies |
| 3/18 | 862.21 | fedex - Cost to ship inventory |
| 3/18 | 4526.5 | Crow Shooting Supplies - Inventory Purchase |
| 3/18 | 80 | Nightfall - Inventory Purchase |
| 3/18 | 56.78 | Heather Stavely - Electric |
| 3/18 | 600 | Tyler Corcoran - Wages |
| 3/19 | 64.8 | Quickbooks - Office Expenses |
| 3/19 | 4.35 | Intuit - Bank Charge |
| 3/19 | 311.99 | MGE Wholesale - Inventory Purchase |
| 3/19 | 442.17 | Customer - Fraudulent Chargeback |
| 3/20 | 55.45 | Authorize.net - Office Expenses |
| 3/20 | 2743.25 | fedex - Cost to ship inventory |
| 3/20 | 20 | Ring - Office Expenses |
| 3/20 | 18125 | Lawmen supply - Inventory Purcase |
| 3/20 | 3200 | Mario Benitez - Inventory Purchase |
| 3/20 | 28000 | Lawmen supply - Inventory Purcase |
| 3/21 | 799 | Ammoseek - Advertising |
| 3/21 | 18.1 | Shippo - Cost to ship inventory |
| 3/22 | 1192.34 | Crow Shooting Supplies - Inventory Purchase |
| 3/25 | 802.23 | Crow Shooting Supplies - Inventory Purchase |
| 3/25 | 1042.15 | fedex - Cost to ship inventory |
| 3/27 | 223.49 | Zanders Sporting Goods - Inventory |
| 3/27 | 1041.8 | SC Dept of Rev - Taxes |
| 3/27 | 164.02 | SC Dept of Rev - Taxes |
| 03/27 | 259.68 | Customer - Fraudulent Chargeback |
| 03/28 | 16.9 | UPS - Cost to ship inventory |
| 3/28 | 1628.29 | Shopify - Cost to ship inventory |
| 3/28 | 311.99 | MGE Wholesale - Inventory Purchase |
| 3/29 | 25 | Wells Fargo - Bank Charge |
| 3/29 | 25 | Wells Fargo - Bank Charge |
| 3/29 | 1898.42 | Crow Shooting Supplies - Inventory Purchase |
| 3/29 | 91.85 | Shippo - Cost to ship inventory |
| 3/29 | 2500 | Barton Brimm - Legal Fees |
| 3/29 | 500 | UST - Trustee Fees |
| 3/29 | 5010 | Mid Atlantic Ammo - Payment |
| 3/29 | 1000 | Michael Corcoran - Salary |
| 3/29 | 700 | Michael Corcoran - Salary |
| 3/29 | 13365 | Lawmen supply - Inventory Purcase |
| 3/29 | 1200 | Tyler Corcoran - Wages |
| 3/29 | 7670 | Lawmen supply - Inventory Purcase |

## <u>Petty Cash Exhibit 03/01 to 03/31</u>

| | |
|---|---|
| Ending Petty Cash for last period | $1,793.31 |
| Cash receipts | $3,268.29 |
| Cash Disbursement to DIP account | $3,270.00 |
| | |
| Ending Petty Cash Balance for operating peric | $1,791.60 |

## Credit Card Sales- Deposits in Transit

Credit Card Sales Not Deposited Into Bank

| Explaination | Date | Batch Total |
|---|---|---|
| Daily credit card batches for online sales are deposited next business day. The batch cutoff time is 7:00 PM EST. The funding date for these deposits would be 4/1. | | |
| | 3/29/24 | $5,975.13 |
| | 3/29/2024 | $307.10 |
| | 3/30/24 | $571.00 |
| | 3/30/24 | $7,288.75 |
| | 3/31/24 | $7,521.34 |
| Total Credit Card Sales not yet deposited | | $21,663.32 |

# Initiate Business Checking℠

March 31, 2024 ■ Page 1 of 8



**WELLS FARGO**

CRATE HOLDINGS LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-00312(SC)
481 HIGHWAY 9 E # B
LONGS SC 29568-8704

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (367)
P.O. Box 6995
Portland, OR  97228-6995



## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $14,944.61 |
| Deposits/Credits | 187,537.17 |
| Withdrawals/Debits | - 186,281.15 |
| **Ending balance on 3/31** | **$16,200.63** |

Account number: ▉▉▉▉▉5834
**CRATE HOLDINGS LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 24-00312(SC)**
*South Carolina account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▉▉▉▉▉▉

For Wire Transfers use
Routing Number (RTN): ▉▉▉▉▉▉

March 31, 2024 ■ Page 2 of 8



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|-------------|------|------|------|
| 3/1 | | Intuit 17521775 Deposit ███████████Crate Holdings LLC | 660.00 | | |
| 3/1 | | Merchant Bankcd Deposit ████████The Ammo Crate | 1,101.91 | | |
| 3/1 | | M Merchant CR CD Dep ██████████Crate Holdings Ammo | 2,608.54 | | |
| 3/1 | | Purchase authorized on 03/01 Wal-Mart #5087 North Myrtle SC ████████Card 9044 | | 38.15 | |
| 3/1 | < | Business to Business ACH Debit - Intuit 29066315 Tran Fee ████████Crate Holdings LLC | | 19.39 | |
| 3/1 | 1009 | Check | | 600.00 | 18,657.52 |
| 3/4 | | Merchant Bankcd Deposit ████████The Ammo Crate | 529.95 | | |
| 3/4 | | Merchant Bankcd Deposit ████████The Ammo Crate | 332.80 | | |
| 3/4 | | M Merchant CR CD Dep ██████████Crate Holdings Ammo | 1,588.50 | | |
| 3/4 | | M Merchant CR CD Dep ██████████Crate Holdings Ammo | 5,851.66 | | |
| 3/4 | | M Merchant CR CD Dep ██████████Crate Holdings Ammo | 8,514.49 | | |
| 3/4 | | Wire Trans Svc Charge - Sequence█████████Srf# | | 25.00 | |
| 3/4 | | WT Seq ████Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf#████████ Trn#████████Rfb# | | 4,955.00 | |
| 3/4 | < | Business to Business ACH Debit - M Merchant Mthly Fees ████████Crate Holdings Ammo | | 3,336.41 | |
| 3/4 | < | Business to Business ACH Debit - Merchant Bankcd Deposit ████████e Ammo Crate | | 50.04 | |
| 3/4 | 1008 | Check | | 800.00 | 26,308.47 |
| 3/5 | | Merchant Bankcd Deposit ████████The Ammo Crate | 224.21 | | |
| 3/5 | | M Merchant CR CD Dep ██████████Crate Holdings Ammo | 3,872.37 | | |
| 3/5 | | Wire Trans Svc Charge - Sequence: █████████Srf# ████████Trn█ | | 25.00 | |
| 3/5 | | Purchase authorized on 03/01 Crow Shooting Supp ████████Card 9044 | | 2,288.49 | |
| 3/5 | | Purchase authorized on 03/04 Crow Shooting Supp ████████Card 9044 | | 519.26 | |
| 3/5 | | Zelle to Mario on 03/05 Ref #█████████nventory | | 500.00 | |
| 3/5 | | WT Seq ████Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf#████████ | | 15,280.00 | 11,792.30 |
| 3/6 | | Merchant Bankcd Deposit 240305 498434485880 The Ammo Crate | 767.99 | | |
| 3/6 | | M Merchant CR CD Dep ██████████Crate Holdings Ammo | 2,218.39 | | |
| 3/6 | | Purchase authorized on 03/02 Fedex ████████Card 9044 | | 1,207.22 | |
| 3/6 | | Purchase authorized on 03/04 Fedex ████████ard 9044 | | 2,094.75 | 11,476.71 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/7 | | Merchant Bankcd Deposit ▮▮▮▮▮ The Ammo Crate | 564.56 | | |
| 3/7 | | M Merchant CR CD Dep ▮▮▮▮▮ Crate Holdings Ammo | 7,137.27 | | |
| 3/7 | | Purchase authorized on 03/05 Crow Shooting Supp ▮▮▮ Card 9044 | | 418.86 | 18,759.68 |
| 3/8 | | M Merchant CR CD Dep ▮▮▮▮ Crate Holdings Ammo | 3,382.93 | | |
| 3/8 | | Purchase authorized on 03/06 Htc Towne Centre C Conway SC ▮▮▮ Card 9044 | | 130.81 | |
| 3/8 | | Purchase authorized on 03/08 Wal-Mart Super Center North ▮▮▮ Card 9044 | | 46.25 | |
| 3/8 | 1022 | Check | | 2,000.00 | 19,965.55 |
| 3/11 | | Non-WF ATM Balance Inquiry Fee 03/09 3001 Hwy 17S North Myrtle SC ATM ID ▮▮▮ Card 9044 | | 2.50 | |
| 3/11 | | Merchant Bankcd Deposit ▮▮▮ The Ammo Crate | 640.53 | | |
| 3/11 | | Merchant Bankcd Deposit ▮▮▮ The Ammo Crate | 1,032.93 | | |
| 3/11 | | M Merchant CR CD Dep ▮▮▮ Crate Holdings Ammo | 3,245.71 | | |
| 3/11 | | M Merchant CR CD Dep ▮▮▮ Crate Holdings Ammo | 4,908.02 | | |
| 3/11 | | M Merchant CR CD Dep ▮▮▮ Crate Holdings Ammo | 6,731.86 | | |
| 3/11 | | Recurring Payment authorized on 03/08 Shippo.Com ▮▮▮ Card 9044 | | 755.89 | |
| 3/11 | | Recurring Payment authorized on 03/08 Shippo.Com ▮▮▮ Card 9044 | | 12.13 | |
| 3/11 | | Purchase authorized on 03/09 Fedex ▮▮▮ Card 9044 | | 1,566.03 | |
| 3/11 | | Non-WF ATM Withdrawal authorized on 03/09 3001 Hwy 17S North Myrtle SC ▮▮▮ ATM ID ▮▮▮ Card 9044 | | 440.60 | |
| 3/11 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/11 | | Non-WF ATM Withdrawal authorized on 03/09 3001 Hwy 17S North Myrtle SC ▮▮▮ ATM ID ▮▮▮ Card 9044 | | 440.60 | |
| 3/11 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 3/11 | | Purchase authorized on 03/09 Backbay Group North Myrtle SC ▮▮▮ Card 9044 | | 870.00 | |
| 3/11 | | Purchase authorized on 03/09 Backbay Group 843-2723329 SC ▮▮▮ Card 9044 | | 112.00 | |
| 3/11 | | Purchase authorized on 03/09 Backbay Group North Myrtle SC ▮▮▮ Card 9044 | | 720.00 | |
| 3/11 | | Purchase authorized on 03/09 Backbay Group 843-2723329 SC ▮▮▮ Card 9044 | | 112.00 | |
| 3/11 | | Purchase authorized on 03/09 Backbay Group North Myrtle SC ▮▮▮ Card 9044 | | 720.00 | |
| 3/11 | | Purchase authorized on 03/09 Backbay Group 843-2723329 SC ▮▮▮ Card 9044 | | 112.00 | |
| 3/11 | | Purchase authorized on 03/10 Crow Shooting Supp ▮▮▮ Card 9044 | | 2,065.90 | |
| 3/11 | 1011 | Check | | 4,600.00 | 23,989.95 |
| 3/12 | | Merchant Bankcd Deposit ▮▮▮ The Ammo Crate | 199.90 | | |
| 3/12 | | M Merchant CR CD Dep ▮▮▮ Crate Holdings Ammo | 9,511.05 | | |
| 3/12 | | Wire Trans Svc Charge - Sequence: ▮▮▮ Srf# | | 25.00 | |
| 3/12 | | WT Seq117644 Lawmen Supply Company O /Bnf=Lawmen Supply Company ▮▮▮ | | 5,965.00 | |



**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/12 | | Purchase authorized on 03/12 Wal-Mart #5087 North Myrtle SC ▬▬▬ Card 9044 | | 31.08 | |
| 3/12 | | Clover App Mrkt Clover App ▬▬▬▬▬rate Holdings LLC | | 22.07 | 27,657.75 |
| 3/13 | | Merchant Bankcd Deposit ▬▬▬▬▬The Ammo Crate | 76.47 | | |
| 3/13 | | M Merchant CR CD Dep ▬▬▬▬▬Crate Holdings Ammo | 5,060.55 | | |
| 3/13 | | Wire Trans Svc Charge - Sequence: ▬▬▬▬▬rf# | | 25.00 | |
| 3/13 | | Purchase authorized on 03/11 Fedex ▬▬▬▬▬ Card 9044 | | 2,448.92 | |
| 3/13 | | Purchase authorized on 03/11 Fedex ▬▬▬▬▬ Card 9044 | | 1,301.21 | |
| 3/13 | | Recurring Payment authorized on 03/12 Shopify* ▬▬▬▬▬Card 9044 | | 1,314.46 | |
| 3/13 | | Recurring Payment authorized on 03/12 Shopify* ▬▬▬▬▬Card 9044 | | 881.51 | |
| 3/13 | | Purchase authorized on 03/12 Shopify* ▬▬▬▬▬Card 9044 | | 1,314.29 | |
| 3/13 | | Purchase authorized on 03/12 IN *Palmetto Pirat ▬▬▬▬▬Card 9044 | | 180.00 | |
| 3/13 | | WT Seq#75689 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# Ow▬▬▬ | | 6,606.81 | |
| 3/13 | 1012 | Check | | 600.00 | 18,122.57 |
| 3/14 | | Merchant Bankcd Deposit ▬▬▬▬▬The Ammo Crate | 101.08 | | |
| 3/14 | | M Merchant CR CD Dep▬▬▬▬▬Crate Holdings Ammo | 3,931.59 | | 22,155.24 |
| 3/15 | | Merchant Bankcd Deposit ▬▬▬▬▬The Ammo Crate | 338.79 | | |
| 3/15 | | M Merchant CR CD Dep ▬▬▬▬▬Crate Holdings Ammo | 3,238.96 | | |
| 3/15 | | Purchase authorized on 03/13 Midwayusa Com▬▬▬ Card 9044 | | 68.58 | |
| 3/15 | < | Business to Business ACH Debit - Fdms Fdms Pymt 240315 ▬▬▬Crate Holdings LLC | | 70.89 | |
| 3/15 | 1021 | Check | | 14,000.00 | 11,593.52 |
| 3/18 | | Merchant Bankcd Deposit ▬▬▬▬▬The Ammo Crate | 303.00 | | |
| 3/18 | | Merchant Bankcd Deposit ▬▬▬▬▬The Ammo Crate | 565.70 | | |
| 3/18 | | M Merchant CR CD Dep ▬▬▬▬▬Crate Holdings Ammo | 3,220.99 | | |
| 3/18 | | M Merchant CR CD Dep ▬▬▬▬▬Crate Holdings Ammo | 4,974.13 | | |
| 3/18 | | Merchant Bankcd Deposit ▬▬▬▬▬The Ammo Crate | 5,999.95 | | |
| 3/18 | | M Merchant CR CD Dep ▬▬▬▬▬rate Holdings Ammo | 24,634.70 | | |
| 3/18 | | Purchase authorized on 03/12 WWW.Crowshootingsu ▬▬▬▬▬Card 9044 | | 2,694.60 | |
| 3/18 | | Purchase authorized on 03/14 Arts Car Wash Hwy Little River ▬▬▬▬▬Card 9044 | | 7.50 | |
| 3/18 | | Recurring Payment authorized on 03/14 Shipstation ▬▬▬▬▬Card 9044 | | 97.19 | |
| 3/18 | | Purchase authorized on 03/15 Palmetto Pirate PR Little River ▬▬▬▬▬Card 9044 | | 180.00 | |
| 3/18 | | Purchase authorized on 03/16 Fedex ▬▬▬▬▬Card 9044 | | 862.21 | |
| 3/18 | | Purchase authorized on 03/16 Crow Shooting Supp ▬▬▬▬▬Card 9044 | | 4,526.50 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/18 | | Zelle to Keenon on 03/16 Ref ████████Mts Inventory | | 80.00 | |
| 3/18 | | Money Transfer authorized on 03/18 Paypal *Hdvnmb VISA ████████ard 9044 | | 56.78 | |
| 3/18 | 1013 | Check | | 600.00 | 42,187.21 |
| 3/19 | | Merchant Bankcd Deposit ████████he Ammo Crate | 208.12 | | |
| 3/19 | | M Merchant CR CD Dep ████████Crate Holdings Ammo | 10,961.76 | | |
| 3/19 | | Recurring Payment authorized on 03/18 Intuit *Qbooks Onl ████████Card 9044 | | 64.80 | |
| 3/19 | | Recurring Payment authorized on 03/18 Intuit * Cl.Intuit.Com ████████ard 9044 | | 4.35 | |
| 3/19 | | Mge Wholesale Mge Wh ACH 220150 ACH Crate Holdings LLC | | 311.99 | |
| 3/19 | < | Business to Business ACH Debit - M Merchant CR CD Chbk ████████Crate Holdings Ammo | | 442.17 | 52,533.78 |
| 3/20 | | Merchant Bankcd Deposit ████████he Ammo Crate | 2,082.71 | | |
| 3/20 | | M Merchant CR CD Dep ████████Crate Holdings Ammo | 6,033.49 | | |
| 3/20 | | Purchase authorized on 03/18 Authorize.Net 8 ████████d 9044 | | 55.45 | |
| 3/20 | | Purchase authorized on 03/18 Fedex ████████Card 9044 | | 2,743.25 | |
| 3/20 | | Recurring Payment authorized on 03/19 Ring Pro Lte ████████ard 9044 | | 20.00 | |
| 3/20 | < | Business to Business ACH Debit - Intuit ████████Bill_Pay 031924 Lawmen Supply C Wells Fargo Bank | | 18,125.00 | |
| 3/20 | 1015 | Check | | 3,200.00 | |
| 3/20 | 1016 | Check | | 29,000.00 | 7,506.28 |
| 3/21 | | Merchant Bankcd Deposit ████████he Ammo Crate | 284.58 | | |
| 3/21 | | M Merchant CR CD Dep ████████Crate Holdings Ammo | 2,752.29 | | |
| 3/21 | | Purchase authorized on 03/20 Ammoseek LLC ████████Card 9044 | | 799.00 | |
| 3/21 | | Recurring Payment authorized on 03/20 Shippo.Com ████████ard 9044 | | 18.10 | 9,726.05 |
| 3/22 | | Merchant Bankcd Deposit ████████he Ammo Crate | 59.18 | | |
| 3/22 | | M Merchant CR CD Dep ████████Crate Holdings Ammo | 2,488.47 | | |
| 3/22 | | Purchase authorized on 03/19 WWW.Crowshootingsu ████████ard 9044 | | 1,192.34 | 11,081.36 |
| 3/25 | | Merchant Bankcd Deposit ████████he Ammo Crate | 241.17 | | |
| 3/25 | | Merchant Bankcd Deposit ████████he Ammo Crate | 257.63 | | |
| 3/25 | | M Merchant CR CD Dep ████████Crate Holdings Ammo | 2,427.08 | | |
| 3/25 | | M Merchant CR CD Dep 2 ████████Crate Holdings Ammo | 3,537.32 | | |
| 3/25 | | M Merchant CR CD Dep ████████Crate Holdings Ammo | 3,708.88 | | |
| 3/25 | | Purchase authorized on 03/20 Crow Shooting Supp ████████Card 9044 | | 802.23 | |
| 3/25 | | Purchase authorized on 03/23 Fedex60█████████Card 9044 | | 1,042.15 | 19,409.06 |
| 3/26 | | Merchant Bankcd Deposit ████████he Ammo Crate | 99.03 | | |
| 3/26 | | M Merchant CR CD Dep ████████Crate Holdings Ammo | 5,416.68 | | 24,924.77 |
| 3/27 | | Merchant Bankcd Deposit ████████he Ammo Crate | 208.97 | | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/27 | | M Merchant CR CD Dep ▓▓▓▓▓▓▓▓Crate Holdings Ammo | 6,300.20 | | |
| 3/27 | | Purchase authorized on 03/22 Zanders Sporting G ▓▓▓▓▓▓ Card 9044 | | 223.49 | |
| 3/27 | | Purchase authorized on 03/26 Scdor Dorway ▓▓▓ ▓▓▓▓▓▓▓▓▓ Card 9044 | | 1,041.80 | |
| 3/27 | | Purchase authorized on 03/26 Scdor Dorway ▓▓ ▓▓▓▓▓▓ Card 9044 | | 164.02 | |
| 3/27 | < | Business to Business ACH Debit - M Merchant CR CD Chbk ▓▓▓▓▓▓▓ Crate Holdings Ammo | | 259.68 | 29,744.95 |
| 3/28 | | Merchant Bankcd Deposit ▓▓▓▓▓▓▓he Ammo Crate | 786.55 | | |
| 3/28 | | M Merchant CR CD Dep ▓▓▓▓▓▓▓rate Holdings Ammo | 8,193.93 | | |
| 3/28 | | Recurring Payment authorized on 03/27 UPS*Billing Center ▓▓▓▓▓▓ Card 9044 | | 16.90 | |
| 3/28 | | Purchase authorized on 03/28 Shopify ▓▓▓▓▓▓▓ Card 9044 | | 1,628.29 | |
| 3/28 | | Mge Wholesale Mge Wh ACH ▓▓▓▓▓ ACH Crate Holdings LLC | | 311.99 | 36,768.25 |
| 3/29 | | Merchant Bankcd Deposit ▓▓▓▓▓▓▓The Ammo Crate | 217.89 | | |
| 3/29 | | M Merchant CR CD Dep ▓▓▓▓▓▓▓Crate Holdings Ammo | 9,929.76 | | |
| 3/29 | | eDeposit IN Branch 03/29/24 04:58:08 PM 1025 Highway 17 S North Myrtle Beach SC 9044 | 3,270.00 | | |
| 3/29 | | Wire Trans Svc Charge - Sequence: ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓Trn▓▓ ▓▓▓▓▓▓ | | 25.00 | |
| 3/29 | | Wire Trans Svc Charge - Sequence: ▓▓▓▓▓▓▓ ▓▓▓▓▓Trn#▓ | | 25.00 | |
| 3/29 | | Purchase authorized on 03/25 Crow Shooting Supp ▓▓▓▓▓▓▓▓▓ Card 9044 | | 1,898.42 | |
| 3/29 | | Recurring Payment authorized on 03/28 Shippo.Com ▓▓▓▓▓▓ Card 9044 | | 91.85 | |
| 3/29 | | WT Fed#02955 First Citizens Ban /Ftr/Bnf=Barton Brimm Law ▓▓▓▓▓▓▓▓▓ | | 2,500.00 | |
| 3/29 | | WT Fed#02984 South State Bank, /Ftr/Bnf=Robinson Gray Srf# ▓▓▓▓▓▓▓ | | 500.00 | |
| 3/29 | | Withdrawal Made In A Branch/Store ▓▓▓▓▓▓▓ | | 5,010.00 | |
| 3/29 | | Zelle to Corcoran Michael on 03/29 Ref #▓▓▓▓▓Partial March Salary Michael Corcoran | | 1,000.00 | |
| 3/29 | | Zelle to Corcoran Michael on 03/29 Ref #▓▓▓▓▓artial March Salary Michael Corcoran | | 700.00 | |
| 3/29 | < | Business to Business ACH Debit - Intuit ▓▓▓▓▓Bill_Pay 032824 Lawmen Supply C Wells Fargo Bank | | 13,365.00 | |
| 3/29 | 1018 | Check | | 1,200.00 | |
| 3/29 | 1017 | Check | | 7,670.00 | 16,200.63 |
| **Ending balance on 3/31** | | | | | **16,200.63** |
| **Totals** | | | **$187,537.17** | **$186,281.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*



**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1008 | 3/4 | 800.00 | 1013 | 3/18 | 600.00 | 1018 | 3/29 | 1,200.00 |
| 1009 | 3/1 | 600.00 | 1015 * | 3/20 | 3,200.00 | 1021 * | 3/15 | 14,000.00 |
| 1011 * | 3/11 | 4,600.00 | 1016 | 3/20 | 29,000.00 | 1022 | 3/8 | 2,000.00 |
| 1012 | 3/13 | 600.00 | 1017 | 3/29 | 7,670.00 | | | |

*\* Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2024 - 03/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $19,857.00 √ |
| • Minimum daily balance | $500.00 | $7,506.28 √ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 3,200 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 35 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



---

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your             $ _____
register or transfers into              $ _____
your account which are not             $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                       **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** | $ |