UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-00312-eg |
| | ) | |
| CRATE HOLDINGS LLC d/b/a Crate Holdings Ammo, | ) | Chapter 11 |
| | ) | |
| | ) | **FIRST MODIFIED** |
| | ) | **PLAN OF REORGANIZATION** |
| | ) | |
| | ) | |
| Debtor. | ) | |

**Crate Holding LLC's Plan of Reorganization, dated April 29, 2024, as modified dated May 7, 2024**

Crate Holding LLC ("Debtor") filed a Plan of Reorganization dated April 29, 2024. Subsequent to the filing of the Plan, the Debtor was contacted by a creditor that had not been named in the original bankruptcy schedules. This First Modified Plan of Reorganization includes the classification and treatment of this additional creditor in Class 4. This Modification does not change the treatment of any other creditor.

**Article 2:  Classification of Claims and Interests**

2.04     Class 4: This class is modified to include the following non-priority unsecured claim:

Gunbroker.com                              $58,017.38

**Article 4.  Treatment of Claims and Interests Under the Plan**

4.01     **Claims and interests shall be treated as follows under the Plan:**

Class 4 – All non-priority unsecured claims allowed under § 502 of the Code not listed in another Class. **This class is IMPAIRED.**
Class 4 is modified to include the following treatment of Gunbroker.com, consistent with the treatment of other Class 4 creditors. **By submitting a vote to ACCEPT this Plan, such Class 4 creditor consents and agrees to release Michael Corcoran from any and all liability to such creditor arising from Mr. Corcoran's personal obligation relating to such debt, if any, or arising from his guarantee, to the extent a guarantee exists**.

| | | On or before: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CREDITOR | 45% OF CLAIM | 08/31/24 | 11/30/24 | 05/30/25 | 11/30/25 | 05/30/26 | 11/30/26 | 05/30/27 | 11/30/27 |
| Gunbroker.com | $26,108 | -- | $2,174 | $4,352 | $4,352 | $4,353 | $4,352 | $4,352 | $2,174 |

To the extent that cash flow is not enough to cover these payments under the projections provided, Debtor's counsel has agreed to extend the payment terms of fees owed to counsel in order to enable Debtor to make the payments to this Class 4 creditor.

BARTON BRIMM, PA

/s/ Christine E. Brimm
Christine E. Brimm, #6313
P.O. Box 14805
Myrtle Beach, SC  29587
(803) 256-6582
cbrimm@bartonbrimm.com
Attorney for Debtor