**Fill in this information to identify the case:**

Debtor Name Crate Holdings LLC

United States Bankruptcy Court for the: District of South Carolina  ☑

Case number: 24-00312-eg

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: April

Line of business: Retail Sales of Ammunition

Date report filed: 05/20/2024
MM / DD / YYYY

NAISC code: 459110

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Crate Holdings LLC

Original signature of responsible party: *[signature]*

Printed name of responsible party: Michael A. Corcoran

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Crate Holdings LLC                                      Case number  24-00312-eg

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $  16,200.63

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 242,465.55

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          – $ 227,504.54

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.          + $  14,961.01

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.          = $  31,161.64

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ _____

    *(Exhibit E)*

Debtor Name  Crate Holdings LLC                                    Case number 24-00312-eg

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                          $ _____0.00

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                      2

27. What is the number of employees as of the date of this monthly report?         2

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ ___3,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___9,500.00

30. How much have you paid this month in other professional fees?                  $ _____0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | *Projected* | — | *Actual* | = | *Difference* |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 157,500.00 | — | $ 242,465.55 | = | $ -84,965.55 |
| 33. **Cash disbursements** | $ 153,545.00 | — | $ 227,504.54 | = | $ -73,959.54 |
| 34. **Net cash flow** | $ 3,966.00 | — | $ 14,961.01 | = | $ -10,995.01 |

35. Total projected cash receipts for the next month:                              $ 157,500.00

36. Total projected cash disbursements for the next month:                     - $ 153,545.00

37. Total projected net cash flow for the next month:                            = $ 3,966.00

---

Debtor Name  Crate Holdings LLC                                    Case number 24-00312-eg

---

## █  8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**EXHIBIT B**

Payments totaling $12,000
were made to critical
vendor Mid Atlantic per
court authorization in
Critical Vendor Order and
in Cash Collateral Order.

Critial Vendor PMT to Mid Atlantic Ammo

EXHIBIT C

## April

### Wells Fargo DIP Account - Online Sales

| Date | Amount | Source |
|---|---|---|
| 04/01/2024 | $5,975.13 | Credit Card Sales |
| 04/01/2024 | $7,288.75 | Credit Card Sales |
| 04/01/2024 | $7,521.34 | Credit card sales |
| 04/02/2024 | $6,861.94 | Credit card sales |
| 04/03/2024 | $5,331.26 | Credit card sales |
| 04/04/2024 | $2,731.38 | Credit card sales |
| 04/05/2024 | $23,476.14 | Credit card sales |
| 04/08/2024 | $3,410.80 | Credit card sales |
| 04/08/2024 | $6,555.03 | Credit card sales |
| 04/08/2024 | $6,586.28 | Credit card sales |
| 04/09/2024 | $2,392.48 | Credit card sales |
| 04/10/2024 | $2,908.24 | Credit card sales |
| 04/11/2024 | $4,913.22 | Credit card sales |
| 04/12/2024 | $8,270.95 | Credit card sales |
| 04/12/2024 | $6,803.89 | Credit card sales |
| 04/15/2024 | $7,919.59 | Credit card sales |
| 04/15/2024 | $9,224.29 | Credit card sales |
| 04/16/2024 | $7,706.71 | Credit card sales |
| 04/17/2024 | $5,069.67 | Credit card sales |
| 04/18/2024 | $3,645.56 | Credit card sales |
| 04/19/2024 | $3,524.77 | Credit card sales |
| 04/19/2024 | $1.00 | Testing Business Zelle |
| 04/22/2024 | $4,241.79 | Credit card sales |
| 04/22/2024 | $10,673.88 | Credit card sales |
| 04/22/2024 | $11,143.84 | Credit card sales |
| 04/23/2024 | $12,484.14 | Credit card sales |
| 04/24/2024 | $6,741.64 | Credit card sales |
| 04/25/2024 | $6,471.26 | Credit card sales |
| 04/26/2024 | $2,810.44 | Credit card sales |
| 04/26/2024 | $8,708.56 | Credit card sales |
| 04/29/2024 | $12,452.09 | Credit card sales |
| 04/29/2024 | $13,584.62 | Credit card sales |
| 04/30/2024 | $3,720.29 | Credit card sales |

### In Store sales

| Date | amount | source |
|---|---|---|
| 04/01/2024 | 307.1 | Credit card sales |
| 04/01/2024 | 571 | Credit card sales |
| 04/02/2024 | 99.78 | Credit card sales |
| 04/03/2024 | 0 | Credit card sales |
| 04/04/2024 | 802.88 | Credit card sales |
| 04/05/2024 | 217.41 | Credit card sales |
| 04/08/2024 | 450.6 | Credit card sales |
| 04/08/2024 | 648.33 | Credit card sales |
| 04/09/2024 | 159.73 | Credit card sales |
| 04/10/2024 | 320.66 | Credit card sales |
| 04/11/2024 | 85.05 | Credit card sales |
| 04/12/2024 | 508.06 | Credit card sales |
| 04/15/2024 | 48.49 | Credit card sales |
| 04/15/2024 | 90.94 | Credit card sales |
| 04/15/2024 | 494.84 | Credit card sales |
| 04/16/2024 | 531.85 | Credit card sales |
| 04/17/2024 | 86.73 | Credit card sales |
| 04/18/2024 | 21.55 | Credit card sales |
| 04/19/2024 | 124.04 | Credit card sales |
| 04/22/2024 | 142.13 | Credit card sales |
| 04/22/2024 | 405.26 | Credit card sales |
| 04/23/2024 | 122.79 | Credit card sales |
| 04/24/2024 | 70.04 | Credit card sales |
| 04/25/2024 | 29.11 | Credit card sales |
| 04/26/2024 | 1437.41 | Credit card sales |
| 04/29/2024 | 273.19 | Credit card sales |
| 04/29/2024 | 589.1 | Credit card sales |
| 04/29/2024 | 349.87 | Check Sale |
| 04/30/2024 | 1206.65 | Credit card sales |
| 04/30/2024 | 1120 | Cash sales deposit |

### Total Cash Receipts

| | |
|---|---|
| Online Sales | $231,150.97 |
| In store sales | 11314.58 |
| Total Cash Receipts | $242,465.55 |

## EXHIBIT D

**Wells Fargo DIP Account**

Total Cash Disbursements
$227,504.54

| Date | Amount | Payee |
|---|---|---|
| 4/1/24 | $607.82 | Insurance - Lockton Affinity |
| 4/1/24 | $153.24 | Grasshopper - Phone |
| 4/1/24 | $1,000.00 | Partial Salary- Michael Corcoran |
| 4/1/24 | $1,000.00 | partial Salary- Michael Corcoran |
| 4/2/24 | $25.00 | bank fee - wells fargo |
| 4/2 | $1,744.85 | shipping expense - UPS |
| 4/2 | $799.00 | Ammoseek - advertising |
| 4/2 | $14,995.00 | Lawmen Supply - inventory purchase |
| 4/2 | $4,911.56 | Infinity payment systems - credit card fees |
| 4/3 | $37.19 | shipping expense - fedex |
| 4/3 | $1,486.50 | Crow SS - inventory purchase |
| 4/3/24 | $34.00 | Tractor supply - office supplies |
| 4/3/24 | $371.64 | Infinity payment systems - credit card fees |
| 4/3 | 800 | Rent - bungalow commons LLC |
| 4/3 | 2000 | partial Salary- Michael Corcoran |
| 4/5 | 25 | bank fee - wells fargo |
| 4/5 | 6353.36 | Crow SS - inventory purchase |
| 4/5 | 149 | Saftey compliance - one time Hazmat shipping certification |
| 4/5 | 1515 | AE Ammo - inventory purchase |
| 4-5 | 19920 | Lawmen Supply - inventory purchase |
| 4/8 | 25 | bank fee - wells fargo |
| 4/8 | 92.3 | Quickbooks - office expenses |
| 4/8 | 110.2 | Shippo - cost to ship inventory |
| 4/8 | 53.53 | shipping expense - fedex |
| 4/8 | 24185 | Lawmen Supply - inventory purchase |
| 4/9 | 2140.54 | shipping expenses - ups |
| 4/9 | 735.7 | Crow SS - inventory purchase |
| 4/9 | 600 | Tyler Corcoran - wages |
| 4/10 | 1953.92 | Crow SS - inventory purchase |
| 4/10 | 2681.6 | Crow SS - inventory purchase |
| 4/10 | 37.5 | Dan Bramall - advertising |
| 4/10 | 36.48 | Walmart - office supplies |
| 4/10 | 16.15 | Clover - credit card fees |
| 4/11 | 100 | HTC - Internet |
| 4/11 | 8.63 | Tractor supply - office supplies |
| 4/12 | 53.06 | Walmart - office supplies |
| 4/12 | 12.41 | Office Depot - office supplies |
| 4/15 | 25 | bank fee - wells fargo |
| 4/15 | 59.32 | Payment to Heather Stavley for Electic Bill |
| 4/15 | 97.19 | Shipstation - shipping expenses |
| 4/15 | 10020 | Lawmen Supply - inventory purchase |
| 4/15 | 48.54 | first data merchant services - credit card fees |
| 4/15 | 11690 | Lawmen Supply - inventory purchase |
| 4/16 | 2917.6 | UPS - shipping expenses |
| 4/17 | 42.86 | Fedex - shipping expenses |
| 4/17 | 1104.3 | Crow SS - inventory purchase |
| 4/17 | 107.9 | Crow SS - inventory purchase |
| 4/17 | 41.53 | Shippo - cost to ship inventory |
| 4/17 | 1500 | partial Salary- Michael Corcoran |
| 4/18 | 62.9 | authorize . net - Credit card fees for PMT gateway |
| 4/19 | 1799.91 | Midway USA - inventory purchase |
| 4/22 | 1200 | Tyler Corcoran - wages |
| 4/23 | 6000 | Mid atlantic ammo - payment |
| 4/23 | 22983.6 | Mid atlantic ammo - inventory purchase |
| 4/24 | 19502 | Lawmen Supply - inventory purchase |
| 4/25 | 40 | bank fee - wells fargo |
| 4/25 | 15232 | Lawmen Supply - inventory purchase |
| 4/25 | 6763 | Lawmen Supply - inventory purchase |
| 4/26 | 500 | partial Salary- Michael Corcoran |
| | | Shopify - Paid and passed through Michael Corcoran |
| 4/26 | 1324.15 | because no business debit card available at the time |
| 4/29 | 25 | bank fee - wells fargo |
| 4/29 | 40 | bank fee - wells fargo |
| 4/29 | 1000 | partial Salary- Michael Corcoran |
| 4/29 | 2500 | Barton Brimm - Legal Fees |
| 4/29 | 14013 | Lawmen Supply - inventory purchase |
| 4/29 | 362.61 | Crow SS - inventory purchase |
| 4/29 | 653.08 | Crow SS - inventory purchase |
| 4/29 | 1255.7 | Crow SS - inventory purchase |
| 4/29 | 2500 | partial Salary- Michael Corcoran |
| 4/30 | 799 | Ammoseek - advertising |
| 4/30 | 500 | Kerk Sprong, Robinson Gray - US trustee payment |
| 4/30 | 4067.16 | UPS - shipping expenses |

| 4/30 | 17.27 | Ebay - office and shipping supplies |
| 4/30 | 53.01 | Ebay - office and shipping supplies |
| 4/30 | 57.61 | Ebay - office and shipping supplies |
| 4/30 | 97.55 | Ebay - office and shipping supplies |
| 4/30 | 5010 | Payment to mid atlantic ammo |
| 4/30 | 36.57 | Bass Pro Shops - inventory purchase |
| 4/30 | 685 | Coastal Outdoor Billboards - advertising |

## Petty Cash Exhibit 04/01 to 04/30

| | |
|---|---|
| Ending Petty Cash for last period | $1,791.60 |
| Cash receipts | $1,115.59 |
| Cash Disbursement to DIP account | $1,120.00 |
| | |
| Ending Petty Cash Balance for operating peric | $1,787.19 |

## Credit Card Sales- Deposits in Transit

Credit Card Sales Not Deposited Into Bank

| Explaination | Date | Batch Total |
|---|---|---|
| Daily credit card batches for online sales are deposited next business day. The batch cutoff time is 7:00 PM EST. The funding date for these deposits would be 5/1. | 4/30/24 | $3,178.40 |
| | 4/30/2024 | $115.29 |

Total Credit Card Sales not yet deposited            $3,293.69

# ‹ Sales Overview

## Daily Sales

| | |
|---|---|
| **Gross Sales** ⓘ | **$9,803.36** |
| Discounts ⓘ | -$34.20 |
| Refunds ⓘ | $0.00 |
| **Net Sales** ⓘ | **$9,769.16** |
| Non-revenue Items ⓘ | $0.00 |
| Gift Card Activations ⓘ | $0.00 |
| Taxes & Fees ⓘ | $778.20 |
| Tips ⓘ | $0.00 |
| **Amount Collected** ⓘ | **$10,547.36** |

## Sales by Tender and Card Type

| | |
|---|---|
| Credit Cards + Debit Cards ⓘ | $9,081.90 |

## Sales over time

🗓 Last month      No comparison      Daily ⌄

### Total sales



| Day ⌄ | Orders | Total sales |
|---|---|---|
| **Apr 01, 2024 - Apr 30, 2024** | **650** | **$212,491.19** |
| Apr 01, 2024 | 23 | $6,925.57 |
| Apr 02, 2024 | 11 | $4,162.64 |
| Apr 03, 2024 | 17 | $6,159.21 |
| Apr 04, 2024 | 64 | $21,998.55 |
| Apr 05, 2024 | 19 | $5,473.72 |
| Apr 06, 2024 | 22 | $5,742.08 |
| Apr 07, 2024 | 11 | $3,121.12 |

| | | |
|---|---|---|
| Apr 08, 2024 | 10 | $3,038.17 |
| Apr 09, 2024 | 16 | $3,764.82 |
| Apr 10, 2024 | 14 | $3,664.20 |
| Apr 11, 2024 | 34 | $9,846.37 |
| Apr 12, 2024 | 20 | $7,592.61 |
| Apr 13, 2024 | 21 | $6,503.65 |
| Apr 14, 2024 | 31 | $12,904.37 |
| Apr 15, 2024 | 16 | $5,309.40 |
| Apr 16, 2024 | 12 | $3,706.41 |
| Apr 17, 2024 | 12 | $3,463.81 |
| Apr 18, 2024 | 14 | $3,143.97 |
| Apr 19, 2024 | 12 | $6,409.45 |
| Apr 20, 2024 | 29 | $9,722.84 |
| Apr 21, 2024 | 35 | $13,797.96 |
| Apr 22, 2024 | 30 | $11,860.31 |
| Apr 23, 2024 | 16 | $5,754.51 |
| Apr 24, 2024 | 16 | $5,064.46 |
| Apr 25, 2024 | 14 | $1,943.33 |
| Apr 26, 2024 | 57 | $16,901.67 |
| Apr 27, 2024 | 29 | $11,704.58 |
| Apr 28, 2024 | 21 | $5,881.38 |
| Apr 29, 2024 | 16 | $5,248.55 |
| Apr 30, 2024 | 8 | $1,681.48 |

# Initiate Business Checking℠

April 30, 2024 ■ Page 1 of 8



CRATE HOLDINGS LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-00312(SC)
481 HIGHWAY 9 E # B
LONGS SC 29568-8704

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (367)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $16,200.63 |
| Deposits/Credits | 242,465.55 |
| Withdrawals/Debits | - 227,504.54 |
| **Ending balance on 4/30** | **$31,161.64** |

Account number: ■■■■■5834
CRATE HOLDINGS LLC
DEBTOR IN POSSESSION
CH 11 CASE 24-00312(SC)

*South Carolina account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 053207766

For Wire Transfers use
Routing Number (RTN): 121000248

April 30, 2024  ■  Page 2 of 8



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/1 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮▮ The Ammo Crate | 307.10 | | |
| 4/1 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮ The Ammo Crate | 571.00 | | |
| 4/1 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮ Crate Holdings Ammo | 5,975.13 | | |
| 4/1 | | M Merchant CR CD Dep ▮▮▮▮▮▮ Crate Holdings Ammo | 7,288.75 | | |
| 4/1 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮ Crate Holdings Ammo | 7,521.34 | | |
| 4/1 | | Purchase authorized on 03/29 Ipfs Anddone Ecom Kansas City ▮▮▮▮ Card 9044 | | 607.82 | |
| 4/1 | | Purchase authorized on 03/30 Grasshopper.Com Logmein.Com ▮▮▮▮▮ Card 9044 | | 153.24 | |
| 4/1 | | Zelle to Corcoran Michael on 03/31 Ref ▮▮▮▮▮▮▮ Remaining March Salary March 31 | | 1,000.00 | |
| 4/1 | | Zelle to Corcoran Michael on 04/01 Ref ▮▮▮▮▮ Partial April Salary April 1st | | 1,000.00 | 35,102.89 |
| 4/2 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮ The Ammo Crate | 99.78 | | |
| 4/2 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮ Crate Holdings Ammo | 6,861.94 | | |
| 4/2 | | Wire Trans Svc Charge - Sequence: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ Trn# ▮▮▮▮▮▮ b# | | 25.00 | |
| 4/2 | | Recurring Payment authorized on 04/01 UPS*Billing Center ▮▮▮▮▮▮ Card 9044 | | 1,744.85 | |
| 4/2 | | Purchase authorized on 04/01 Ammoseek LL ▮▮▮▮▮▮▮ Card 9044 | | 799.00 | |
| 4/2 | | WT Seq#67539 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# ▮▮▮▮▮ | | 14,995.00 | |
| 4/2 | < | Business to Business ACH Debit - M Merchant Mthly Fees ▮▮▮▮▮▮▮▮▮ Crate Holdings Ammo | | 4,911.56 | 19,589.20 |
| 4/3 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮ Crate Holdings Ammo | 5,331.26 | | |
| 4/3 | | Purchase authorized on 04/01 Fedex6 ▮▮▮▮▮ 800-4633339 ▮▮▮▮▮▮▮ Card 9044 | | 37.19 | |
| 4/3 | | Purchase authorized on 04/01 Crow Shooting Supp ▮▮▮▮▮▮▮ Card 9044 | | 1,486.50 | |
| 4/3 | | Purchase authorized on 04/03 Tractor Supply # 85 S Hwy Little ▮▮▮▮▮▮ Card 9044 | | 34.00 | |
| 4/3 | < | Business to Business ACH Debit - Merchant Bankcd Deposit ▮▮▮▮▮▮▮▮▮▮ The Ammo Crate | | 371.64 | |
| 4/3 | 1025 | Check | | 800.00 | |
| 4/3 | 1028 | Check | | 2,000.00 | 20,191.13 |
| 4/4 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮ The Ammo Crate | 802.88 | | |
| 4/4 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮ Crate Holdings Ammo | 2,731.38 | | 23,725.39 |
| 4/5 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮ The Ammo Crate | 217.41 | | |
| 4/5 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮ Crate Holdings Ammo | 23,476.14 | | |



**WELLS FARGO**

---

### Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|------------------|---------------------|----------------------|
| 4/5 | | Wire Trans Svc Charge - Sequence: ▮▮▮▮▮▮ ▮rf# ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Rfb# | | 25.00 | |
| 4/5 | | Purchase authorized on 04/03 Crow Shooting Supp ▮▮▮▮▮▮▮▮▮Card 9044 | | 6,353.36 | |
| 4/5 | | Purchase authorized on 04/04 Safety Compliance ▮▮▮▮▮▮▮Card 9044 | | 149.00 | |
| 4/5 | | Purchase authorized on 04/04 Ae Armory ▮▮▮▮▮▮ ▮▮▮▮▮Card 9044 | | 1,515.00 | |
| 4/5 | | WT Seq#46118 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# ▮▮▮▮▮▮▮▮▮▮ | | 19,920.00 | 19,456.58 |
| 4/8 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮▮he Ammo Crate | 450.60 | | |
| 4/8 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮he Ammo Crate | 648.33 | | |
| 4/8 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮▮▮Crate Holdings Ammo | 3,410.80 | | |
| 4/8 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮▮rate Holdings Ammo | 6,555.03 | | |
| 4/8 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮Crate Holdings Ammo | 6,586.28 | | |
| 4/8 | | Wire Trans Svc Charge - Sequence: ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | 25.00 | |
| 4/8 | | Recurring Payment authorized on 04/05 Intuit *Qbooks Onl ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Card 9044 | | 92.30 | |
| 4/8 | | Recurring Payment authorized on 04/05 Shippo.Com ▮▮▮▮▮▮▮▮▮▮▮▮Card 9044 | | 110.20 | |
| 4/8 | | Purchase authorized on 04/06 Fedex▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Card 9044 | | 53.53 | |
| 4/8 | | WT Seq#96261 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# | | 24,185.00 | 12,641.59 |
| 4/9 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮▮The Ammo Crate | 159.73 | | |
| 4/9 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮▮▮▮Crate Holdings Ammo | 2,392.48 | | |
| 4/9 | | Recurring Payment authorized on 04/08 UPS*Billing Center ▮▮▮▮▮▮▮▮▮▮▮▮▮Card 9044 | | 2,140.54 | |
| 4/9 | | Purchase authorized on 04/08 Crow Shooting Supp ▮▮▮▮▮▮▮▮Card 9044 | | 735.70 | |
| 4/9 | 1029 | Check | | 600.00 | 11,717.56 |
| 4/10 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮The Ammo Crate | 320.65 | | |
| 4/10 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮Crate Holdings Ammo | 2,908.24 | | |
| 4/10 | | Purchase authorized on 04/08 Crow Shooting Supp 8▮▮▮▮▮▮▮▮▮Card 9044 | | 1,953.92 | |
| 4/10 | | Purchase authorized on 04/08 Crow Shooting Supp 8▮▮▮▮▮▮▮▮▮Card 9044 | | 2,681.60 | |
| 4/10 | | Purchase authorized on 04/09 Brammall.Net Gloucester Gbr ▮▮▮▮▮▮▮▮ard 9044 | | 37.50 | |
| 4/10 | | Purchase authorized on 04/10 WM Superc Wal-Mart Sup North ▮▮▮▮▮▮▮▮ard 9044 | | 36.48 | |
| 4/10 | | Clover App Mrkt Clover App 2▮▮▮▮▮▮▮▮▮▮rate Holdings LLC | | 16.15 | 10,220.80 |
| 4/11 | | Merchant Bankcd Deposit ▮▮▮▮▮▮▮▮The Ammo Crate | 85.05 | | |
| 4/11 | | M Merchant CR CD Dep ▮▮▮▮▮▮▮▮▮Crate Holdings Ammo | 4,913.22 | | |
| 4/11 | | Purchase authorized on 04/10 Htc E-Bill ▮▮▮▮▮▮▮▮▮▮SC ▮▮▮▮▮▮▮▮▮▮▮▮ard 9044 | | 100.00 | |



**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/11 | | Purchase authorized on 04/11 Tractor Supply # 85 S Hwy Little ████████████ Card 9044 | | 8.63 | 15,110.44 |
| 4/12 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 508.06 | | |
| 4/12 | | M Merchant CR CD Dep ████████████ ██rate Holdings Ammo | 8,270.95 | | |
| 4/12 | | Purchase authorized on 04/12 Wal-Mart Super Center North Myrtle SC ████████████ Card 9044 | | 53.06 | |
| 4/12 | | Purchase authorized on 04/12 Office DE 582 Hwy #17 N. Myrtle ████████████ Card 9044 | | 12.41 | 23,823.98 |
| 4/15 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 48.49 | | |
| 4/15 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 90.94 | | |
| 4/15 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 494.84 | | |
| 4/15 | | M Merchant CR CD Dep ████████████ ██rate Holdings Ammo | 6,803.89 | | |
| 4/15 | | M Merchant CR CD Dep ████████████ ██rate Holdings Ammo | 7,919.59 | | |
| 4/15 | | M Merchant CR CD Dep ████████████ ██rate Holdings Ammo | 9,224.29 | | |
| 4/15 | | Wire Trans Svc Charge - Sequence: ████████████ Srf# ████████████ | | 25.00 | |
| 4/15 | | Money Transfer authorized on 04/14 Paypal *Hdvnmb VISA ████████████ Card 9044 | | 59.32 | |
| 4/15 | | Recurring Payment authorized on 04/14 Shipstation ████████████ Card 9044 | | 97.19 | |
| 4/15 | | WT S████ ██awmen Supply Company O /Bnf=Lawmen Supply Company Srf# ████████████ | | 10,020.00 | |
| 4/15 | < | Business to Business ACH Debit - Fdms Fdms Pymt ████████████ ██ate Holdings LLC | | 48.54 | |
| 4/15 | 1030 | Check | | 11,690.00 | 26,465.97 |
| 4/16 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 531.85 | | |
| 4/16 | | M Merchant CR CD Dep ████████████ ██rate Holdings Ammo | 7,706.71 | | |
| 4/16 | | Recurring Payment authorized on 04/15 UPS*Billing Center ████████████ Card 9044 | | 2,917.60 | 31,786.93 |
| 4/17 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 86.73 | | |
| 4/17 | | M Merchant CR CD Dep ████████████ ██rate Holdings Ammo | 5,069.67 | | |
| 4/17 | | Purchase authorized on 04/14 Fedex ████████████ Card 9044 | | 42.86 | |
| 4/17 | | Purchase authorized on 04/15 Crow Shooting Supp ████████████ Card 9044 | | 1,104.30 | |
| 4/17 | | Purchase authorized on 04/15 Crow Shooting Supp ████████████ Card 9044 | | 107.90 | |
| 4/17 | | Recurring Payment authorized on 04/16 Shippo.Com ████████████ Card 9044 | | 41.53 | |
| 4/17 | | Zelle to Corcoran Michael on 04/17 Ref ████████████ Partial April Salary | | 1,500.00 | 34,146.74 |
| 4/18 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 21.55 | | |
| 4/18 | | M Merchant CR CD Dep ████████████ ██rate Holdings Ammo | 3,645.56 | | |
| 4/18 | | Purchase authorized on 04/16 Authorize.Net ████████████ Card 9044 | | 62.90 | 37,750.95 |
| 4/19 | | Merchant Bankcd Deposit ████████████ ██e Ammo Crate | 124.04 | | |



**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/19 | | M Merchant CR CD Dep ▓▓▓▓ Crate Holdings Ammo | 3,524.77 | | |
| 4/19 | | Zelle From Michael Corcoran on 04/19 Ref # ▓▓▓ Zelle Function Test | 1.00 | | |
| 4/19 | | Purchase authorized on 04/17 Midwayusa Com 8▓▓ ▓▓▓▓▓▓▓ Card 9044 | | 1,799.91 | 39,600.85 |
| 4/22 | | Merchant Bankcd Deposit ▓▓▓ he Ammo Crate | 142.13 | | |
| 4/22 | | Merchant Bankcd Deposit ▓▓▓ he Ammo Crate | 405.26 | | |
| 4/22 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 4,241.79 | | |
| 4/22 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 10,673.88 | | |
| 4/22 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 11,143.84 | | |
| 4/22 | 1034 | Check | | 1,200.00 | 65,007.75 |
| 4/23 | | Merchant Bankcd Deposit ▓▓▓ he Ammo Crate | 122.79 | | |
| 4/23 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 12,484.14 | | |
| 4/23 | 1031 | Check | | 6,000.00 | |
| 4/23 | 1032 | Check | | 22,983.60 | 48,631.08 |
| 4/24 | | Merchant Bankcd Deposit ▓▓▓ he Ammo Crate | 70.04 | | |
| 4/24 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 6,741.64 | | |
| 4/24 | 1033 | Check | | 19,502.00 | 35,940.76 |
| 4/25 | | Merchant Bankcd Deposit ▓▓▓ he Ammo Crate | 29.11 | | |
| 4/25 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 6,471.26 | | |
| 4/25 | | Wire Trans Svc Charge - Sequence ▓▓▓ | | 40.00 | |
| 4/25 | | WT Seq183066 Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf# ▓▓ Rfb# | | 15,232.00 | |
| 4/25 | < | Business to Business ACH Debit - Intuit ▓▓ ill_Pay 042424 Lawmen Supply C Wells Fargo Bank | | 6,763.00 | 20,406.13 |
| 4/26 | | Merchant Bankcd Deposit ▓▓▓ he Ammo Crate | 1,437.41 | | |
| 4/26 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 2,810.44 | | |
| 4/26 | | Zelle to Corcoran Michael on 04/25 ▓▓▓ Partial April Salary | | 500.00 | |
| 4/26 | | Zelle to Corcoran Michael on 04/25 ▓▓ Shopify Bill Must Be Paid IN Order to Oper | | 1,324.15 | 22,829.83 |
| 4/29 | | Merchant Bankcd Deposit 240427 ▓▓ he Ammo Crate | 273.19 | | |
| 4/29 | | Merchant Bankcd Deposit 240427 ▓▓ he Ammo Crate | 589.10 | | |
| 4/29 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 8,708.56 | | |
| 4/29 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 12,452.09 | | |
| 4/29 | | M Merchant CR CD Dep ▓▓ Crate Holdings Ammo | 13,584.62 | | |
| 4/29 | | Mobile Deposit : Ref Number : ▓▓▓ | 349.87 | | |
| 4/29 | | Wire Trans Svc Charge - Sequence: ▓▓ | | 25.00 | |
| 4/29 | | Wire Trans Svc Charge - Sequence: ▓▓ | | 40.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-----|-------------|-------------------|---------------------|----------------------|
| 4/29 | | Zelle to Corcoran Michael on 04/27 ▓▓▓▓▓▓ Partial April Salary Michael Corcoran | | 1,000.00 | |
| 4/29 | | WT Fed▓▓▓▓rst Citizens Ban /Ftr/Bnf=Barton Brimm Law | | 2,500.00 | |
| 4/29 | | WT ▓▓▓▓▓▓Lawmen Supply Company O /Bnf=Lawmen Supply Company Srf▓▓▓▓▓▓ Rfb# | | 14,013.00 | |
| 4/29 | | < Business to Business ACH Debit - Crow Shooting Su ▓▓▓▓▓▓Crate Holdings Ammo | | 362.61 | |
| 4/29 | | < Business to Business ACH Debit - Crow Shooting Su ▓▓▓▓▓▓Crate Holdings Ammo | | 653.08 | |
| 4/29 | | < Business to Business ACH Debit - Crow Shooting Su ▓▓▓▓▓▓Crate Holdings Ammo | | 1,255.70 | |
| 4/29 | 1035 | Check | | 2,500.00 | 36,437.87 |
| 4/30 | | Merchant Bankcd Deposit ▓▓▓▓▓▓ne Ammo Crate | 1,206.65 | | |
| 4/30 | | M Merchant CR CD Dep ▓▓▓▓▓▓Crate Holdings Ammo | 3,720.29 | | |
| 4/30 | | eDeposit IN Branch ▓▓▓▓▓▓Highway 17 S North Myrtle Beach SC 7984 | 1,120.00 | | |
| 4/30 | | Purchase authorized on 04/29 Ammoseek LLC ▓▓▓▓▓▓Card 7984 | | 799.00 | |
| 4/30 | | Purchase authorized on 04/29 Robinson Gray (Ret ▓▓▓▓▓▓Card 7984 | | 500.00 | |
| 4/30 | | Purchase authorized on 04/29 UPS*Billing Center 8▓▓▓▓▓▓▓▓Card 7984 | | 4,067.16 | |
| 4/30 | | Purchase authorized on 04/29 Ebay O*▓▓▓▓▓San Jose ▓▓▓▓▓▓Card 7984 | | 17.27 | |
| 4/30 | | Purchase authorized on 04/29 Ebay O*▓▓▓▓▓San Jose ▓▓▓▓▓▓Card 7984 | | 53.01 | |
| 4/30 | | Purchase authorized on 04/29 Ebay ▓▓▓▓▓San Jose ▓▓▓▓▓▓Card 7984 | | 57.61 | |
| 4/30 | | Purchase authorized on 04/29 Ebay ▓▓▓▓▓0 San Jose ▓▓▓▓▓▓Card 7984 | | 97.55 | |
| 4/30 | | Withdrawal Made In A Branch/Store | | 5,010.00 | |
| 4/30 | | Purchase authorized on 04/30 Bass Pro Store Myrtle Myrtle Beach SC ▓▓▓▓▓▓Card 7984 | | 36.57 | |
| 4/30 | | Timber ▓▓▓▓▓Web ▓▓▓▓▓▓4Vh Crate Holdings LLC | | 685.00 | 31,161.64 |
| | | **Ending balance on 4/30** | | | **31,161.64** |
| | | **Totals** | **$242,465.55** | **$227,504.54** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written(checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1025 | 4/3 | 800.00 | 1030 | 4/15 | 11,690.00 | 1033 | 4/24 | 19,502.00 |
| 1028 * | 4/3 | 2,000.00 | 1031 | 4/23 | 6,000.00 | 1034 | 4/22 | 1,200.00 |
| 1029 | 4/9 | 600.00 | 1032 | 4/23 | 22,983.60 | 1035 | 4/29 | 2,500.00 |

* Gap in check sequence.



**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $27,772.00 ☑ |
| • Minimum daily balance | $500.00 | $10,220.80 ☑ |

C1/C1

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,100 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 33 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.



**WELLS FARGO**

---

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                    $ _____
register or transfers into                           $ _____
your account which are not                           $ _____
shown on your statement.                           + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801