UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                  :        Chapter 11
                                        :        Case No. 24-00312-eg
CRATE HOLDINGS LLC,    :
                                        :
            Debtor.             :

## SUMMARY OF VOTING ON THE PLAN OF REORGANIZATION

Debtor in Possession ("Debtor") hereby files its Ballot Tally in support of Confirmation of its Plan filed on April 29, 2024, as modified on May 7, 2024 (the "Plan").

Written Objections:            0
Ballots Accepting:             18
Ballots Rejecting Plan:        0

| Class No. | Description of Class | Number of Votes | Dollar Amount of Votes (reflecting filed claims) | Result |
|---|---|---|---|---|
| Class 1 | Priority Claims UNIMPAIRED | 0 | | N/A |
| Class 2 | Secured Claims of Onramp and Quick Bridge IMPAIRED | 2 Accepting 0 Rejecting | $61,386.82 Accepting $0 Rejecting | Accepts |
| Class 3 | Claim of Mid Atlantic Ammo UNIMPAIRED | 0 | | N/A |
| Class 4 | General Unsecured Claims IMPAIRED | 16 Accepting 0 Rejecting | $411,185.76 Accepting $0 Rejecting | Accepts |
| Class 5 | Equity Class IMPAIRED | 0 | N/A | N/A |

Debtor believes that the Plan complies with the provisions of the Bankruptcy Code for confirmation pursuant to 11 U.S.C. § 1191(a). All provisions of § 1129(a), other than paragraph (15) of that section, are met. All impaired classes eligible to vote have accepted the Plan.

WHEREFORE, having presented a plan to the Court that meets the requirements for confirmation pursuant to § 1191(a), the Debtor respectfully requests the Court confirm the Plan and for such other relief as is equitable.

BARTON BRIMM, PA

By: /s/ Christine E. Brimm
Christine E. Brimm #6313
P.O. Box 14805
Myrtle Beach, SC  29587
cbrimm@bartonbrimm.com
803-256-6582
Attorney for Debtor