**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Crate Holdings LLC d/b/a Crate Holdings Ammo, | ) ) | Case No.: 24-00312-eg |
| | ) | |
| Debtor. | ) | |

**STATEMENT OF CHANGE**

In accordance with SCLBR 1009-1, the Debtor hereby gives notice of amendments to its schedules as follows:

Schedule F:

Amending Schedule F to show the claim of E-Advance, LLC as disputed (prior schedules did not show as disputed due to oversight).

BARTON BRIMM, P.A.

By: /s/ Christine E. Brimm
Christine E. Brimm, I.D. # 6313
P. O. Box 14805
Myrtle Beach, SC  29587
(803) 256-6582
cbrimm@bartonbrimm.com
Attorney for Debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Crate Holdings LLC |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number (If known) | 24-00312 |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|       |                                        | **Total claim** | **Priority amount** |
|-------|----------------------------------------|-----------------|---------------------|

**2.1** Priority creditor's name and mailing address
SC Department of Revenue
P.O. Box 12265
Columbia, SC 29211-9079

As of the petition filing date, the claim is:  $_____    $ 1,432.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor __Crate Holdings LLC_____   Case number (if known)__24-00312_____

AMENDED

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
American Express
P.O. Box 981535
El Paso, TX 79998

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 35,974.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
Barton Brimm, PA
P.O. Box 14805
Myrtle Beach, SC 29587

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: pre-petition attorney fees

$ 1,293.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
Big Rock Sports
148 Sportsman Drive
Hamlet, NC 28345

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 20,000.00

Date or dates debt was incurred _____
Last 4 digits of account number 2965

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
CFG Merchant Solutions, LLC
180 Maiden Lane, Suite 1502
New York, NY 10038

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: future receipts

$ 71,500.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
Chattanoga Shooting Supplies
2600 Walker Road
Chattanooga, TN 37421

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 59,000.00

Date or dates debt was incurred _____
Last 4 digits of account number 0002

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Cutting Edge Bullets
6766 W. Melrose Street
Boise, ID 83709

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,450.64

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 8

| Debtor | Crate Holdings LLC | Case number (if known) | 24-00312 | AMENDED |
|---|---|---|---|---|
| | Name | | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address
E-Advance Services, LLC
80 State Street
Albany, NY 12207-2543

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** secured by all assets

$ 30,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.8** Nonpriority creditor's name and mailing address
Graf and Sons, Inc.
4050 S Clark Street

Mexico, MO 65265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 65,000.00

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.9** Nonpriority creditor's name and mailing address
Gunbroker.com
P.O. Box 2511
Kennesaw, GA 30156

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 58,017.38

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.10** Nonpriority creditor's name and mailing address
Hyperion Munitions
8601 Somerset Drive

Largo, FL 33773

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 11,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.11** Nonpriority creditor's name and mailing address
Iron Valley Supply
101 London Parkway
Birmingham, AL 35211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21,000.00

Is the claim subject to offset?
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  0745

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 8

Debtor  Crate Holdings LLC    Case number (if known) 24-00312    AMENDED

| | |
|---|---|
| Name | |

### Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.12  Nonpriority creditor's name and mailing address**
LEE Advance LLC
325 Division Avenue
Suite 201
Brooklyn, NY 11211

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** possible UCC; TBD

$ 20,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.13  Nonpriority creditor's name and mailing address**
Mid Atlantic Ammo
3298 Heavenly Cause Court
Mount Airy, MD 21771

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 57,000.00

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.14  Nonpriority creditor's name and mailing address**
Mini Mall US Storage Properties Master
LP, by its GP, Mini Mall Storage Properties US
GP Ltd
250-1201 Glenmore Trail SW
Calgary, Alberta, AB T2V 4Y8

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Rejection of Lease; offset by deposit

$ 1,825.00

**Is the claim subject to offset?**
☐ No
☑ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.15  Nonpriority creditor's name and mailing address**
Norma Precision
137 Prosperity Drive
Suite 100
Garden City, GA 31408

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 30,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**3.16  Nonpriority creditor's name and mailing address**
Nosler, Inc.
107 SW Columbia Street
Bend, OR 97702

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 17,000.00

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  1339

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 8

Debtor  Crate Holdings LLC _____   Case number (*if known*) 24-00312 _____   AMENDED
     Name

# Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17  **Nonpriority creditor's name and mailing address**
PNC Bank
10267 Beach Drive SW
Calabash, NC 28467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 6,087.27

**Basis for the claim:** negative balance in accounts prior to closing

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 2006

---

**3.** 18  **Nonpriority creditor's name and mailing address**
RSR Group, Inc.
4700 Amon Carter Blvd.
Forth Worth, TX 76155-2207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,500.00

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 4020

---

**3.** 19  **Nonpriority creditor's name and mailing address**
Signature Payments
2815 Townsgate Road, Suite 225
Westlake Village, CA 91361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,007.71

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 20  **Nonpriority creditor's name and mailing address**
Tactical Gear Distributors
9750 Aberdeen Road
Aberdeen, NC 28315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,000.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 21  **Nonpriority creditor's name and mailing address**
Top Choice Financial, LLC
99 Wall Street
New York, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,774.00

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 5 of 8

Debtor __Crate Holdings LLC_____   Case number (if known)__24-00312_____   AMENDED
     Name

# Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 22  **Nonpriority creditor's name and mailing address**

United First LLC/GFE Funding
2999 NE 191st Street
Unit 901
Miami, FL 33180

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 0.00

---

**3.** 23  **Nonpriority creditor's name and mailing address**

UPS
55 Glenlake Parkway NE

Atlanta, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** Y09F

$ 19,974.00

---

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ _____

---

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ _____

---

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
❏ No
❏ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ _____

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 6 of 8

Debtor  Crate Holdings LLC                                                         Case number (*if known*) 24-00312    AMENDED
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Atlus Receivables Management<br>2121 Airline Drive, Suite 520<br>Metairie, LA, 70001 | Line 3.16<br>❏ Not listed. Explain: | _____ |
| 4.2. | Towner and Kohler Law Firm<br>333 N. Wilmot Road, Suite 340<br>Tucson, AZ, 85711 | Line 3.11<br>❏ Not listed. Explain | _____ |
| 4.3. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>❏ Not listed. Explain | _____ |
| 41. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>❏ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>❏ Not listed. Explain | _____ |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 7 of 8

AMENDED

Debtor  Grate Holdings LLC
　　　　Name

Case number (if known) 24-00312

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 550,403.00 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 550,403.00 |

AMENDED

**Fill in this information to identify the case and this filing:**

Debtor Name __Crate Holdings LLC__

United States Bankruptcy Court for the: __District of South Carolina__

Case number (If known): __24-00312__

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* __E/F__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/03/2024__       X /s/ Michael A. Corcoran
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Michael A. Corcoran
Printed name

Owner
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors