UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Crate Holdings LLC d/b/a Crate Holdings Ammo,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO: 24-00312-eg<br><br>ORDER CONFIRMING PLAN |

The plan filed by the debtor under chapter 11 of the Bankruptcy Code on April 29, 2024, as modified on May 7, 2024 (the "Plan"), or a summary thereof, having been transmitted to the creditors and equity security holders, and

It having been determined, after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied,

**IT IS ORDERED** that:

The Plan is confirmed under 11 U.S.C. § 1191(a). To the extent any creditor did not submit an accepting vote in favor of the Plan ("Non-Accepting Creditor"), the Non-Accepting Creditor is bound by the terms of the Plan. However, such Non-Accepting Creditor is not bound by any release contained in the Plan that would release the Debtor's sole member, Michael Corcoran, from any liability to the Non-Accepting Creditor arising from or related to Mr. Corcoran's personal obligation or personal guarantee relating to such debt. Further, to the extent a creditor filed an accepting ballot in favor of the Plan which did not contain language releasing Mr. Corcoran from personal liability, and personal liability exists to such creditor under non-bankruptcy law, that creditor is not bound by language in the Plan that would release Mr. Corcoran from his personal liability to such creditor relating to the debt.

The debtor is discharged from any debt that arose before confirmation of the Plan, to the extent specified in 11 U.S.C. § 1141(d)(1)(A), except that the debtor is not discharged of any debt (i) imposed by the Plan, or (ii) to the extent provided in 11 U.S.C. § 1141(d)(6).

IT IS FURTHER ORDERED that the debtor:

(1) file with the Court, pursuant to Fed. R. Bankr. P. 2015(a) and SC LBR 2015-3, until the case is closed, monthly operating reports in a form approved by the United States trustee. The reports must include any action taken toward consummation of the Plan; and

(2) file, within 90 days after the entry of this Order:

(a) an application for final decree;
(b) a report of substantial consummation (no later than 14 days following the actual substantial consummation of the Plan);
(c) a final report;
(d) objections to proofs of claim or interests against the debtor's('s) estate; and
(e) any modifications to the Plan, provided, the Plan has not been substantially consummated.

Any motion requesting an extension of the 90-day period must be filed before this period expires.

The trustee is authorized and directed to disburse any funds on hand in accordance with the terms of the confirmed Plan.

AND IT IS SO ORDERED.