**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:

Crate Holdings LLC,

Debtor(s).

C/A No. 24-00312-EG

Chapter 11

**ORDER DISMISSING CASE**

**THIS MATTER** is before the Court on the Rule to Show Cause entered on February 20, 2025, providing Crate Holdings LLC ("Debtor") notice that its case may be dismissed due to the deficiencies listed therein.[1] To date, the deficiencies have not been cured. Debtor filed a Response on February 28, 2028, indicating that it has ceased business operations and requesting dismissal of the case without a further hearing.[2] No other responses or objections to the Rule to Show Cause were filed. The Court finds cause to dismiss the case under 11 U.S.C. § 1112(b)(4)(E) and (M).

**IT IS, THEREFORE, ORDERED** the above-captioned case of Crate Holdings LLC is dismissed.

**FILED BY THE COURT**
**03/17/2025**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 03/17/2025

---

[1] ECF No. 127.
[2] ECF No. 129.

1

United States Bankruptcy Court
District of South Carolina

In re:  Case No. 24-00312-eg

Crate Holdings LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-2      User: admin      Page 1 of 3
Date Rcvd: Mar 17, 2025      Form ID: pdf01      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Crate Holdings LLC, 481 Highway 9 E No.B, Longs, SC 29568 |
| cr | + | Chattanooga Shooting Supplies, 2600 Walker Rd, Chattanooga, TN 37421-1116 |
| cr | + | Hyperion Munitions, 100 North Tampa Street, Suite 4100, Tampa, FL 33602-3642 |
| 544328748 | + | Bungalow Commons LLC, 138 Cox Lane, Longs, SC 29568-8900 |
| 544328749 | + | CFG Merchant Solutions, LLC, 180 Maiden Lane, Suite 1502, New York, NY 10038-4925 |
| 544328750 | + | Chattanoga Shooting Supplies, 2600 Walker Road, Chattanooga, TN 37421-1116 |
| 544342271 | + | Cutting Edge Bullets, 6766 W. Melrose Street, Boise, ID 83709-1781 |
| 544328751 | + | E-Advance Services, LLC, 80 State Street, Albany, NY 12207-2541 |
| 544359449 | + | E-Advance, LLC, 370 Lexington Ave, Suite 501, New York, NY 10017-6593 |
| 544328752 | + | Graf and Sons, Inc., 4050 S Clark Street, Mexico, MO 65265-4113 |
| 544372792 | + | Gunbroker.com, P.O. Box 2511, Kennesaw, GA 30156-9108 |
| 544339224 | + | Hyperion Munitions, Noel Boeke, care-of Holland And Knight, 100 N. Tampa Street, Suite 4100, Tampa FL 33602-3642 |
| 544328753 | + | Hyperion Munitions, 8601 Somerset Drive, Largo, FL 33773-2719 |
| 544328755 | + | Iron Valley Supply, 101 London Parkway, Birmingham, AL 35211-4541 |
| 544328756 | + | LEE Advance LLC, 325 Division Avenue, Suite 201, Brooklyn, NY 11211-7348 |
| 544359317 | + | Lexington Recovery LLC, 222 W. 37th street, 9th floor, Newyork, NY 10018-9144 |
| 544328757 | + | Michael A. Corcoran, 208 Seasons Trace Loop, Longs, SC 29568-7568 |
| 544328758 | + | Mid Atlantic Ammo, 3298 Heavenly Cause Court, Mount Airy, MD 21771-8041 |
| 544328759 | | Mini Mall Storage Properties US, 250-1201 Glenmore Trail SW, Calgary, Alberta, T2V 4Y8, |
| 544328760 | | Mini Mall US Storage Properties Master, LP, by its GP, Mini Mall Storage Propert, 250-1201 Glenmore Trail SW, Calgary, Alberta, AB T2V 4Y8, |
| 544328761 | + | Norma Precision, 200 Blue Moon Crossing, Suite 100, Pooler, GA 31322-9697 |
| 544328762 | + | Nosler , Inc., 107 SW Columbia Street, Bend, OR 97702-1014 |
| 544328763 | + | Onramp Funds, Inc., 1705 S. Capital of Texas Highway, Austin, NY 78746-6578 |
| 544408021 | + | Outdoors Online, LLC d//b/a Gunbroker.com, Attn: Jordan Christensen, 7681 E. Gray Road, Scottsdale, AZ 85260-3469 |
| 544328764 | + | PNC Bank, 10267 Beach Drive SW, Calabash, NC 28467-2703 |
| 544328766 | | RSR Group, Inc., 4700 Amon Carter Blvd., Forth Worth, TX 76155-2207 |
| 544408199 | + | Richard G. Grant, 13101 Preston Road, Suite 110-1510, Dallas 75240-5237 |
| 544408020 | + | Richard G. Grant, 13101 Preston Road, Suite 110-1510, Dallas, TX 75240-5237 |
| 544328768 | + | SC Department of Workforce, 1550 Gadsden Street, Columbia, SC 29201-2713 |
| 544342270 | + | Signature Payments, 2815 Townsgate Road, Suite 225, Westlake Village, CA 91361-3092 |
| 544328769 | + | Tactical Gear Distributors, 9750 Aberdeen Road, Aberdeen, NC 28315-7742 |
| 544328770 | | Top Choice Financial, LLC, 99 Wall Street, Suite 1200, New York, NY 10005-4301 |
| 544328771 | + | Towner and Kohler Law Firm, 333 N. Wilmot Road, Suite 340, Tucson, AZ 85711-2607 |
| 544328772 | + | United First LLC-GFE Funding, 2999 NE 191st Street, Unit 901, Miami, FL 33180-4926 |
| 544333150 | + | eCommerce Funding, LLC and Onramp Funds, Inc., Kell C. Mercer, PC, 901 S Mopac Expy Bldg 1 Ste 300, Austin, TX 78746-5883 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: rzahradka@nationalfunding.com | | |
| | | | Mar 17 2025 21:20:00 | Quick Bridge Funding, LLC, 4380 La Jolla Village Dr., San Diego, CA 92122-1233 |
| 544328745 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Mar 17 2025 21:27:29 | American Express, P.O. Box 981535, El Paso, TX |

Case 24-00312-eg   Doc 132   Filed 03/19/25   Entered 03/20/25 00:22:00   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0420-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: pdf01 | Total Noticed: 49 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 79998-1535 |
| 544350520 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2025 21:27:49 | American Express National Bank, Care of Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 544328746 | ^ | MEBN | Mar 17 2025 21:17:25 | Atlus Receivables Management, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987 |
| 544328747 | + | Email/Text: jmulkey@bigrocksports.com | Mar 17 2025 21:20:00 | Big Rock Sports, 158 Little Nine Road, Morehead City, NC 28557-8482 |
| 544348285 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2025 21:27:58 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 544328754 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2025 21:20:00 | Internal Revenue Servicce, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 544351104 | + | Email/Text: rzahradka@nationalfunding.com | Mar 17 2025 21:20:00 | Quick Bridge Funding, LLC, Robert Zahradka, Esq., 4380 La Jolla Village Drive, San Diego, CA 92122-1233 |
| 544328765 | + | Email/Text: mspurrier@nationalfunding.com | Mar 17 2025 21:20:00 | Quickbridge Funding LLC, 410 Exchange, Irvine, CA 92602-1329 |
| 544328767 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Mar 17 2025 21:20:00 | SC Department of Revenue, P.O. Box 12265, Columbia, SC 29211-2265 |
| 544331441 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Mar 17 2025 21:20:00 | SC Department of Revenue, Office of General Counsel, Attn: BAnkruptcy, 300A Outlet Pointe Blvd, Columbia, SC 29210-5666 |
| 544359448 | ^ | MEBN | Mar 17 2025 21:17:27 | Shanna M. Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 544328773 | + | Email/Text: bankruptcy@ups.com | Mar 17 2025 21:21:00 | UPS, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |
| 544357554 | + | Email/Text: bankruptcy@ups.com | Mar 17 2025 21:21:00 | United Parcel Service, 2055 Army Trail Rd, Suite 125, Addison, IL 60101-1478 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Express National Bank |
| cr | | Big Rock Sports |
| cr | | CFG Merchant Solutions |
| cr | | Cutting Edge Bullets |
| cr | | Graf & Sons, Inc. |
| cr | | Iron Valley Supply |
| cr | | Lee Advance, LLC |
| cr | | Norma Precision |
| cr | | Nosler, Inc. |
| cr | | On Ramp Funds, Inc. |
| cr | | RSR Group, Inc. |
| cr | | Tactical Gear Distributors |
| cr | | Top Choice Financial, LLC |
| 544350521 | * | American Express National Bank, Care of Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 544352597 | * | American Express National Bank, Care of Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 544336961 | * | Nosler, Inc., 107 SW Columbia St., Bend, OR 97702-1014 |

TOTAL: 13 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0420-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 17, 2025 | Form ID: pdf01 | Total Noticed: 49

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon K. Poston | on behalf of U.S. Trustee US Trustee's Office keith.poston@usdoj.gov |
| Christine E Brimm | on behalf of Attorney Barton Brimm PA cbrimm@bartonbrimm.com, cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| Christine E Brimm | on behalf of Debtor Crate Holdings LLC cbrimm@bartonbrimm.com cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| J. Kershaw Spong | kspong@robinsongray.com mwhite@robinsongray.com;rfaulkenberry@robinsongray.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 5